**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WAYNE FUELING SYSTEMS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>360FUEL CORP. (a Louisiana corporation), 360FUEL OEM CORP. (a Texas corporation), 360FUEL IaaS CORP. (a Texas corporation), 360FUEL LABS CORP. (a Texas corporation), 360FUEL SaaS CORP. (a Texas corporation), 360FUEL FOF-1 LLC (a Texas limited liability company), 360FUEL BRAND LLC (a Texas limited liability company), 360FUEL MARKETPLACE LLC (a Texas limited liability company), 360FUEL IaaS CORP. (a Louisiana corporation), 360FUEL LABS CORP. (a Louisiana corporation), 360FUEL SaaS CORP. (a Louisiana corporation), 360FUEL MARKETPLACE LLC (a Louisiana limited liability company), 360FUEL NP LLC (a Louisiana limited liability company), and Werlien Prosperie III (an individual),<br><br>*Defendants*. | ) | C.A. No. ______________________<br>JURY TRIAL DEMANDED |

**<u>COMPLAINT FOR PATENT INFRINGEMENT</u>**

Plaintiff Wayne Fueling Systems LLC ("Wayne" or "Plaintiff"), by and through its undersigned counsel, hereby files this Complaint for patent infringement against Defendants 360Fuel Corp., 360Fuel OEM Corp., 360Fuel IaaS Corp. (a Texas corporation), 360Fuel Labs Corp. (a Texas corporation), 360Fuel SaaS Corp. (a Texas corporation), 360Fuel FOF-1 LLC, 360Fuel Brand LLC, 360Fuel Marketplace LLC (a Texas limited liability company), 360Fuel IaaS Corp. (a Louisiana corporation), 360Fuel Labs Corp. (a Louisiana corporation), 360Fuel SaaS

Corp. (a Louisiana corporation), 360Fuel Marketplace LLC (a Louisiana limited liability company), 360Fuel NP LLC (collectively, "360Fuel"), and Werlien Prosperie III ("Prosperie") (360Fuel and Prosperie together, "Defendants"), and respectively alleges as follows:

## INTRODUCTION

1. Wayne is a pioneering designer and manufacturer of fuel dispensers at the forefront of fueling innovation. One of the most trusted names in fueling solutions for more than a century, Wayne is widely recognized as an industry leader.

2. Today, Wayne operates as part of Dover Fueling Solutions, which proudly touts over 400 collective years of industry experience. Dover Fueling Solutions offers customers a broad range of solutions for powered vehicles, including leading national brands Wayne Fueling Systems®, Tokheim®, ClearView™, PetroVend®, ProGauge®, Fairbanks®, AvaLAN Networks™, Bulloch Technologies®, and SiteIQ®.

3. Wayne's investment in cutting-edge technologies has resulted in an extensive portfolio of patents, including more than 70 issued United States patents for its novel fuel dispensing and other fueling-related technologies alone.

4. Among Wayne's crowning achievements is its patent-protected Anthem UX® platform, launched in July 2020, which reimagines the customer experience at the pump through the incorporation of touchscreen interaction, wireless connectivity, customer recognition, targeted advertisements and media, contactless payment, and other technological advancements. Wayne protected its groundbreaking inventions, in part, through the seven patents it now asserts in this case—U.S. Patent Nos. 12,125,116; 12,118,630; 12,118,195; 12,223,557; 12,229,842; 12,248,996; and 12,393,998 (the "Asserted Patents")—one or more of which cover Wayne fuel dispensers enhanced with Anthem UX® and claim novel, unconventional ways to transform the

experience at the pump for the benefit of consumers, fuel station owners and operators, and third-party retailers alike.

5. Defendants, in contrast, are patent infringers who seek to trade unlawfully on Wayne's innovation through the sale of 360Fuel's TRON fuel dispenser and associated "single system" platform. As 360Fuel's own website, videos, and social media posts confirm, 360Fuel's products incorporate the very features of the Asserted Patents, including, among others, touchscreen displays with customer recognition, personalized content and promotions, loyalty rewards and discounted purchases, electronic receipts, and adaptive display brightness. Defendants sell and offer to sell their infringing products in direct competition with Wayne; have installed them at gas stations in at least Texas, New York, and Louisiana; and, as recently as last month, promoted them at a leading industry trade show with over 25,000 attendees.

6. Defendants have never asked for, nor have Defendants ever received, Wayne's permission to use Wayne's patented inventions. All sales and installations of the infringing TRON dispenser by Defendants are unauthorized and unlawful.

7. Wayne brings this action to protect its valuable intellectual property rights and put a stop to Defendants' brazen infringement.

## THE PARTIES

8. Wayne is a Texas limited liability company with its principal place of business located at 3814 Jarrett Way, Austin, Texas 78728. Wayne operates as part of Dover Fueling Solutions, a leading global designer and manufacturer of fuel dispensers, fuel management systems, and other market-leading fuel solution technologies.

9. Wayne owns all right, title, and interest to U.S. Patent No. 12,125,116 (**Exhibit 1**); U.S. Patent No. 12,118,630 (**Exhibit 2**); U.S. Patent No. 12,118,195 (**Exhibit 3**); U.S. Patent No.

12,223,557 (**Exhibit 4**); U.S. Patent No. 12,229,842 (**Exhibit 5**); U.S. Patent No. 12,248,996 (**Exhibit 6**); and U.S. Patent No. 12,393,998 (**Exhibit 7**) (collectively, the "Asserted Patents").

10. Upon information and belief, Defendant 360Fuel OEM Corp. is a Texas corporation with its principal place of business at 4201 Main Street, Houston, Texas 77002.

11. Upon information and belief, Defendant 360Fuel IaaS Corp. ("360Fuel IaaS TX") is a Texas corporation with its principal place of business at 4201 Main Street, Houston, Texas 77002.

12. Upon information and belief, Defendant 360Fuel Labs Corp. ("360Fuel Labs TX") is a Texas corporation with its principal place of business at 4201 Main Street, Houston, Texas 77002.

13. Upon information and belief, Defendant 360Fuel SaaS Corp. ("360Fel SaaS TX") is a Texas corporation with its principal place of business at 4201 Main Street, Houston, Texas 77002.

14. Upon information and belief, Defendant 360Fuel FOF-1 LLC is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business at 4201 Main Street, Houston, Texas 77002.

15. Upon information and belief, Defendant 360Fuel Brand LLC is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business at 4201 Main Street, Houston, Texas 77002.

16. Upon information and belief, Defendant 360Fuel Marketplace LLC ("360Fuel Marketplace TX") is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business at 4201 Main Street, Houston, Texas 77002.

17. Upon information and belief, Defendant 360Fuel IaaS Corp. ("360Fuel IaaS LA") is a Louisiana corporation, with its principal place of business located at 301 North Main Street, Suite 2200, Baton Rouge, Louisiana 70825. 360Fuel IaaS LA lists as its current officer Werlien Prosperie with the same address as listed for 360Fuel IaaS LA. However, as noted below, Mr. Prosperie likewise has a Houston address of 4201 Main Street, Houston, Texas 77002 as well as a Houston PO Box address of PO Box 540147, Houston, Texas 77254.

18. Upon information and belief, Defendant 360Fuel Labs Corp. ("360Fuel Labs LA") is a Louisiana corporation, with its principal place of business located at 301 North Main Street, Suite 2200, Baton Rouge, Louisiana 70825. 360Fuel Labs LA lists as its current officer Werlien Prosperie III with the same address as listed for 360Fuel Labs LA. However, as noted below, Mr. Prosperie likewise has a Houston address of 4201 Main Street, Houston, Texas 77002 as well as a Houston PO Box address of PO Box 540147, Houston, Texas 77254.

19. Upon information and belief, Defendant 360Fuel SaaS Corp. ("360Fuel SaaS LA") is a Louisiana corporation, with its principal place of business located at 301 North Main Street, Suite 2200, Baton Rouge, Louisiana 70825. 360Fuel SaaS LA lists as its current officer Werlien Prosperie with the same address as listed for 360Fuel SaaS LA. However, as noted below, Mr. Prosperie likewise has a Houston address of 4201 Main Street, Houston, Texas 77002 as well as a Houston PO Box address of PO Box 540147, Houston, Texas 77254.

20. Upon information and belief, Defendant 360Fuel Marketplace LLC ("360Fuel Marketplace LA") is a limited liability company organized and existing under the laws of Louisiana, with its principal place of business at 301 North Main Street, Suite 2200, Baton Rouge, Louisiana 70825. 360Fuel Marketplace LA lists as its sole manager 360Fuel Retail Corp, with an address of "4201 Main Street, Baton Rouge, Louisiana [sic] 77002." *See*

https://coraweb.sos.la.gov/CommercialSearch/CommercialSearchDetails.aspx?CharterID=1530623_BF09A4F7E1. On information and belief, this address is a typographical error and should read 4201 Main Street, ***Houston, Texas*** 77002, as 4201 Main Street and 77002 correspond to a Houston, Texas address and zip code.

21. Upon information and belief, Defendant 360Fuel NP LLC is a limited liability company organized and existing under the laws of Louisiana, with its principal place of business at 301 North Main Street, Suite 2200, Baton Rouge, Louisiana 70825. 360Fuel NP LLC lists as its sole manager 360Fuel Payments Corp, with an address of 420 Main Street, Houston, Texas 77002.

22. Upon information and belief, Defendant 360 Fuel Corp. is a Louisiana corporation. Upon information and belief, 360Fuel has its principal place of business at 301 North Main Street, Suite 2200, Baton Rouge, Louisiana 70825. 360Fuel Corp. lists as its current officer Werlein Prosperie III, with an address of PO Box 540147, Houston, Texas 77254, as recited on the Louisiana Secretary of State website. 360Fuel Corp. lists as its directors Jon Chassion and John Watson, each of whom have an address of 4201 Main Street, Houston, Texas 77002 as recited on the Louisiana Secretary of State website.

23. Upon information and belief, Defendant Werlien Prosperie III is and at all relevant times was an owner, officer, director and/or manager of all of the 360Fuel defendant entities. On information and belief, Prosperie resides at 2651 Kipling Street, Apartment 2712, Houston, Texas 77098.

## JURISDICTION AND VENUE

24. This is an action for patent infringement arising under the patent laws of the United States of America, Title 35 of the United States Code. This Court has original and exclusive subject matter jurisdiction over Wayne's claims under 28 U.S.C. §§ 1331 and 1338(a).

25. This Court has personal jurisdiction over Defendants because they reside in this District and/or because Defendants have significant contacts with the State of Texas, and in particular, with the Southern District of Texas.

26. Specifically, Defendants 360FUEL OEM Corp., 360FUEL IaaS TX, 360FUEL Labs TX, 360FUEL SaaS TX, 360FUEL FOF-1 LLC, 360FUEL Brand LLC, and 360FUEL Marketplace TX are all corporations and/or limited liability companies organized under the laws of the State of Texas with their respective principal places of business located in this District. In addition, Defendant Prosperie is a Texas resident who resides in this District.

27. Further, as discussed above, the officers and directors of 360Fuel Corp., 360Fuel IaaS LA, 360Fuel Labs LA, and 360Fuel SaaS LA—including Werlein Prosperie III, Jon Chassion, and John Watson—each have an address of 4201 Main Street, Houston, Texas 77002, and Prosperie has a P.O. Box in Houston, Texas and, on information and belief, resides in Houston, Texas. In addition, the sole manager of defendant 360Fuel NP LLC is 360Fuel Payments Corp, which has an address of 420 Main Street, Houston, Texas 77002. Moreover, the sole manager of 360Fuel Marketplace LA is 360Fuel Retail Corp, which has an address of "4201 Main Street, Baton Rouge, Louisiana [sic] 77002." *See* https://tinyurl.com/4c5pau3m. On information and belief, this address is a typographical error and should read 4201 Main Street, ***Houston, Texas*** 77002, as 4201 Main Street and 77002 correspond to a Houston, Texas address and zip code. Consequently, each of 360Fuel Corp., 360Fuel IaaS LA, 360Fuel Labs LA, 360Fuel SaaS LA, 360Fuel Marketplace LA, and 360Fuel NP LLC has officers, directors, or managers who have extensive contacts with and/or are domiciled in this District.

28. In addition, 360Fuel holds itself out to the public as headquartered in "Houston, Texas." *See* **Exhibit 8** (360Fuel LinkedIn Profile, "About" Section listing Headquarters as

Houston, Texas and Location as "4201 Main St, Houston, Texas 77002, US"). So, too, does Prosperie as 360Fuel's "CEO and Founder." *See* **Exhibit 9** (Prosperie LinkedIn Profile, listing "Houston, Texas" as his location and "CEO at 360Fuel" as his title).

29. Moreover, upon information and belief, Defendants have committed acts of infringement within this District.

30. Further still, 360Fuel has purposefully availed itself of this Court's jurisdiction, as 360Fuel IaaS Corp., 360Fuel Labs Corp., 360Fuel SaaS Corp., and 360Fuel Marketplace LLC filed a complaint in this District on or about June 25, 2026. *See generally, 360Fuel IaaS Corp. et al. v. Kunwar Inc. et al*, Case No. 4:26-mc-00892 (Hanks, J.).[1]

31. Venue is proper in this Court under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b) because Defendants reside in this District and this Court has personal jurisdiction over them.

## <u>FACTUAL ALLEGATIONS</u>

### I. Wayne Fueling Systems and Its Patented Technology

32. Wayne was founded in 1891 in Fort Wayne, Indiana, and has called Texas its home for over 50 years. Wayne has remained one of the most trusted names in fueling solutions for over 135 years, widely recognized for its technology leadership and innovation. At the forefront of those innovative technologies are Wayne's fuel dispenser systems, which range from legacy pumps through today's advanced dispensers, including the Wayne Ovation® and Wayne Helix® product lines, among others.

33. In 2016, Wayne and other fueling sector leaders—including Tokheim Corporation ("Tokheim")—that together tout over 400 years of industry experience, were brought together to

[1] 360Fuel's case before Judge Hanks, including all filings, is sealed. As such, Wayne is unable to ascertain whether the plaintiffs in that case are the Louisiana or Texas companies of the same name. *See generally* 4:256-mc-00892.

form Dover Fueling Solutions. Dover Fueling Solutions is a leading provider of advanced energy dispensing equipment, electronic automation, point-of-sale and payment systems, automatic tank gauging, and subscription solutions to fueling and convenience retail customers worldwide.

34. Today, Dover Fueling Solutions comprises several leading national brands, including Wayne Fueling Systems®, Tokheim®, ClearView™, PetroVend®, ProGauge®, Fairbanks®, AvaLAN Networks™, Bulloch Technologies®, and SiteIQ®, that are dedicated to offering a broad range of solutions that power vehicles, including conventional fuel and clean energy products that support gasoline, diesel, bio-diesel, and ethanol, as well as EV chargers.

35. To protect its valuable technological innovations, Wayne has applied for and obtained United States patents on its inventions. Today, Wayne's extensive patent portfolio includes over 70 United States patents that cover Wayne's fuel dispensing and fueling-related technologies.

## II. Wayne's Revolutionary, Patent-Protected Anthem UX®-Enhanced Dispensers

36. The Asserted Patents, and the Wayne Anthem UX®-enhanced dispensers that practice one or more of the Asserted Patents, showcase Wayne's innovation and the customer-centric approach that is a hallmark of Wayne's inventive process.

37. Commercially launched in July 2020 on the Wayne Ovation® fuel dispenser, the Anthem UX® platform reimagines the customer-facing experience at the fueling station. By integrating cutting-edge user experience technologies with the functionality, requirements, and demands of a fuel dispenser, the Anthem UX® platform provides an intelligent, enhanced fueling experience that uniquely meets the needs of fueling operators, customers, and third-party retailers.

38. What began with brainstorming sessions and patent applications, and later progressed to building prototypes affectionally known as "Little Boy" and "Big Boy," the Anthem

UX® platform has, in the six-plus years since its commercial launch, now transformed every aspect of the customer experience at the pump and is the future of fuel dispensing. For customers, it provides unrivaled ease, speed, and personalization—including through touchscreen interaction, wireless connectivity, recognition, media, security, and contactless payment. It also allows operators and retailers to connect to their customers in new ways, engaging them with targeted advertising and media, and facilitating greater customer loyalty. And for operators and customers alike, it significantly reduces the number of parts found on conventional dispensers.

39. Today, the Anthem UX® platform is deployed across a range of Wayne fuel dispensers and electric vehicle chargers, including, without limitation, the Wayne Ovation® fuel dispenser enhanced with the Anthem UX® platform, the Wayne Helix® fuel dispenser enhanced with the Anthem UX® platform, the Wayne PWR™ DC Fast Charger enhanced with the Anthem UX® platform, and the Wayne PetroVend AX7™ Fuel Island Terminal enhanced with the Anthem UX® platform. Wayne not only sells dispensers pre-equipped with the Anthem UX® platform, it also sells the Anthem UX® platform as a kit that can be retrofitted onto certain legacy dispensers.

40. An example of a Wayne fuel dispenser enhanced with the Anthem UX® platform is depicted below:




**The Wayne Ovation® fuel dispenser enhanced with the Anthem UX® platform.**

41. Other examples of the Anthem UX® platform installed for use by customers on Wayne fuel dispensers throughout the United States are below:



42. Wayne's fuel dispensers enhanced with the Anthem UX® platform features a camera and a 27-inch touchscreen equipped with a flexible content platform through which fuel retailers can interact with customers.

43. The Anthem UX® platform provides customers with their choice of content through multi-channel media selection, including local weather and traffic, as well as an array of other entertainment options. It also has multi-language capabilities to serve a diverse customer base. Moreover, the Anthem UX® platform supports contactless cards and mobile payments, including Apple and Android Pay.

44. The Anthem UX® platform is intuitively designed with the customer in mind. Recognized customers are treated to a familiar, engaging user experience, while unregistered customers enjoy the ease and simplicity of the entire transaction. What is more, the Anthem UX® platform provides for increased branding and advertising capabilities that allow retailers to personalize and customize images, promotions, and in-store offers based on customer data and profiles. The Anthem UX® platform also gives customers the option to view the screen in "dark mode" for reduced eye strain to the customer and additional energy savings to the retailer.

45. The integrated touchscreen display of the Anthem UX® platform incorporates all of the above-identified features into a visually appealing, easy-to-navigate user experience through which users are guided through a smooth, seamless series of prompts and options, in which they can select their fuel-type and dispense fuel, see loyalty and rewards information, buy convenience-store ("C-store") products, and more.




**One example of the Anthem UX® user experience platform.**




**The Ovation® fuel dispenser enhanced with the Anthem UX® in "dark mode."**

46. Wayne's retail customers have boasted large returns on investment realized from Wayne fuel dispensers enhanced with the Anthem UX®, including, without limitation, from increased C-store sales, purchase of oil change and car wash services, and loyalty rewards program downloads.

## III. The Asserted Patents

47. Wayne fuel dispensers enhanced with the Anthem UX® platform practice one or more of the inventions of the Asserted Patents and are virtually marked with one or more of the Asserted Patents. *See* https://www.doverfuelingsolutions.com/patents..

48. The Asserted Patents all claim priority to April 21, 2016, share a common specification, and are generally directed to intelligent fuel dispensers that represent an improvement over the prior art fueling systems. *See, e.g.*, Ex. 1 at 1:25–45.

49. The inventors of the Asserted Patents are John Joseph Morris, Scott R. Negley, III, Annika Birkler, Richard Carlsson, Patrick Jeitler, and Randal Scott Kretzler.

50. As disclosed by the specification of the Asserted Patents, the deficiencies in the state of the art as of the 2016 priority date were numerous and greatly impacted consumers, as well as gas and convenience store owners. *See, e.g.*, Ex. 1 at 1:35–44. For example, the specification remarks that:

> The retail petroleum industry utilizes various types of fuel dispensers for dispensing fuel to customers. A fuel dispenser generally determines that a customer desires to initiate a fueling session by detecting the removal of a pump handle, the activation of a keypad, or the insertion of a payment card. Each option for initiating the fueling session generally requires the customer to touch an interface of the fuel dispenser, which may be dirty, have toxins (e.g., fuel residue, etc.), and/or germs. In addition, if a customer is a repeat or regular customer, the customer generally must reenter any fueling preferences (e.g., fuel grade, payment information, and the like) each time they wish to initiate a fueling session, which can be repetitive and/or time consuming. Accordingly, there remains a need for improved fuel dispensers.

Ex. 1 at 1:30–44.

51. The Asserted Patents solve these and other fuel dispensing problems in new and unconventional ways through their intelligent fuel dispenser technologies. Those patent-protected, innovative technologies include, among many others, uniquely customized fueling sessions to speed up the time at the pump, an intelligent touchless interface and other features to minimize

customers' physical contact with the fuel dispenser, and novel mechanisms for delivering personalized content beneficial to customers, as well as to gas station operators and third-party retailers. *See, e.g.*, Ex. 1 at Abstract.

## IV. 360Fuel's Business and Infringing Acts

52. Touting itself as "a future-of-fueling company transforming retail energy and convenience infrastructure through automation," 360Fuel is more accurately described as a patent infringer trying to shortcut its way into the fuel dispenser marketplace by using the inventions of Wayne's Asserted Patents.

53. Prosperie is the founder, Chief Executive Officer, and "Lead Architect" of 360Fuel, who, on information and belief, directs all of 360Fuel's activities.[2] *See* https://www.360fuel.tech/company/about-us; *see also* **Exhibit 9**, Prosperie LinkedIn.

54. 360Fuel—as directed by Prosperie—manufactures, sells, and/or offers for sale intelligent fuel dispensers, including, without limitation, its TRON fuel dispenser, that infringes one or more claims of each of the Asserted Patents as further detailed below. *See* https://360fuel.net/products/fuel-dispensers/TRON. 360Fuel boasts "fueling site and C-store automation," including its TRON fuel dispenser, which 360Fuel characterizes as a "[n]ext-level fuel dispenser with a … touch display, integrated payments, built-in marketing and analytics, certified automated customer recognition, and remote support." *See* https://www.360fuel.tech/technology/fueling-site-c-store.

---

[2] It is unclear, based on publicly available information, whether, as Wayne suspects, Prosperie's control of 360Fuel amounts to complete dominion such that 360Fuel and Prosperie effectively operate as alter egos. Wayne anticipates that this alter ego status will be the subject of further discovery.

55. 360Fuel's website states that the TRON fuel dispenser features:

- a touchscreen interface with "high-bright display" and a "light/dark mode" that is "fully customizable by customer preference;"
- user personalization through "artificial intelligence (AI) and customer selection to automatically tailor fueling experience to customer liking;"
- "forecourt order" in which "[p]roducts and services ordered during fueling are fully customizable, [and for which] TRON AI automatically adapts order options to known customers;"
- customer rewards, including "personalized promotions and fuel cash;"
- language preference;
- "NFC Contactless Payment;"
- "360 [technology]" including a "frictionless commerce system enabling customers to automatically select fuel grade, pay, and begin fueling in less than 3 seconds;" and
- security cameras.

*See* https://360fuel.net/products/fuel-dispensers/TRON.

56. The 360Fuel "single system" Platform, including the TRON fuel dispenser and related "fueling site and c-store automation platform," *see* https://360fuel.net/platform/System (stating "360Fuel is a single system which standardizes technology and artificial intelligence (AI) at each location while delivering connected supply chain services."), any reasonably similar products, and the components thereof are collectively referred to herein as the "Accused Products."

57. What is more, 360Fuel's website describes a TRON Retrofit and Retrofit kit and points to the same specifications and features listed for the TRON fuel dispenser. *See*

https://360fuel.net/products/TRON-retrofit. It is unclear from publicly available information, however, precisely what the TRON Retrofit and/or Retrofit kit are, including whether 360Fuel has made, sold, offered it for sale, and/or imported it into the United States. Wayne anticipates that the TRON Retrofit and Retrofit kit will be the subject of further discovery.

58. 360Fuel's website also references a B360F fuel dispenser (*see* https://360fuel.net/products/fuel-dispensers/B360F) with features and specifications that appear largely analogous to that of the TRON fuel dispenser. It is unclear from publicly available information, however, precisely what the B360F fuel dispenser is, including whether 360Fuel has made, sold, offered it for sale, and/or imported it into the United States. Wayne anticipates that the B360F fuel dispenser will be the subject of further discovery.

59. 360Fuel offers to sell and sells the infringing Accused Products in competition with Wayne's Anthem UX®-enhanced dispensers. As recently as October 2026, 360Fuel displayed and promoted the infringing Accused Products at the NACS Show 2026 in Las Vegas, Nevada, which according to NACS, was attended by more than 25,000 people.




**360Fuel's Booth at the NACS Show in Las Vegas, Nevada – October 2026**

60. Prosperie has used and, on information and belief, continues to use the Accused Products. For example, Prosperie can be seen on 360Fuel's public Instagram using the Accused Products:




*See* 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post in which Prosperie takes users "through an automated

payment transaction" on the TRON fuel dispenser and with the caption "Meet the future of fueling with Werlien Prosperie III, our CEO, as he demonstrates the TRON fuel dispenser."); *see also* 360Fuel Instagram, *available at* https://www.instagram.com/reel/DJrMUyFpR9s/ (May 15, 2025 post with the caption reading, in part "Our CEO put it [*i.e.*, the TRON fuel dispenser] to the test!" and showing Prosperie using the TRON fuel dispenser); 360Fuel Instagram, *available at* https://www.instagram.com/reel/DFu4wChuUIv/ (February 6, 2025 post in which Prosperie is seen using the TRON fuel dispenser and highlights certain features including the "day time and night time mode" and multiple languages).

61. 360Fuel also recently hired a new Chief Development Officer to aid, on information and belief, in 360Fuel's pursuit of "M&A, and infrastructure partnerships" for 360Fuel and the infringing Accused Products. *See* https://www.360fuel.tech/newsroom/benjamin-cowart-chief-development-officer.

62. On information and belief, 360Fuel has sold its infringing Accused Products to gas stations throughout the United States. The Accused Products have been installed at no fewer than six gas stations in Texas, New York, and Louisiana. *See, e.g.*, GoogleMaps 360Fuel Locations at 3447 Fordham Rd., Dallas, Texas (https://maps.app.goo.gl/tG1GLJZAVbsdX4N59); 4400 Southwest Blvd., Fort Worth, Texas (https://maps.app.goo.gl/BUi24MhZHTcsrPNXA); 23712 Linden Blvd., Elmont, New York (https://goo.gl/maps/j6mW8WcwHhTwPmst5); 537 Cajundome Blvd., Lafayette, Louisiana (https://maps.app.goo.gl/8fay2FJ7GNZkkwHH8?g_st=ic); 1024 O'Neal Ln., Baton Rouge, Louisiana (https://maps.app.goo.gl/5FeyPBAD3wJop9b39?g_st=ic); 20508 LA22, Ponchatoula, Louisiana (https://maps.app.goo.gl/9SoYfrnKqAwWHk7b9?g_st=ic).

**COUNT I**
**INFRINGEMENT OF U.S. PATENT NO. 12,125,116**

63. Wayne realleges and incorporates by reference herein the allegations in each of the preceding paragraphs of this Complaint as if fully set forth herein.

64. On October 22, 2024, U.S. Patent No. 12,125,116 ("the '116 Patent") was duly and legally issued by the U.S. Patent and Trademark Office to John Joseph Morris, Scott R. Negley, III, Annika Birkler, Richard Carlsson, Patrick Jeitler, and Randal Scott Kretzler, and is entitled "Intelligent Fuel Dispensers." A true and correct copy of the '116 Patent is attached as **Exhibit 1**. The '116 Patent is presumed valid pursuant to 35 U.S.C. § 282.

65. All right, title, and interest in the '116 Patent are assigned to Wayne Fueling Systems LLC.

66. 360Fuel has directly infringed and continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '116 Patent—including, without limitation, claims 1–7 and 9–17—pursuant to 35 U.S.C. § 271(a) by, without authority, making, using, selling, offering to sell, and/or importing into the United States the Accused Products.

67. For example, the Accused Products constitute "a fuel dispenser," as recited by the preamble of claim 1 of the '116 Patent. For example, the Accused Products include a fuel dispenser:




***See*** **360Fuel Website, *available at* https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

68. The Accused Products comprise "a housing comprising fuel dispensing components disposed therein" as recited by claim 1 of the '116 Patent. For example, the TRON fuel dispenser contains a steel housing, a fuel nozzle, and other fuel dispensing components as shown in the images below:




***See*** **360Fuel Website, *available at* https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

69. The Accused Products comprise "[a]n electronics module for a fuel dispenser, comprising" as recited by claim 11 of the '116 Patent. For example, the Accused Products include a fuel dispenser that contains an electronics module, at least as illustrated below:




***See*** **360Fuel Website, *available at* [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

70. The Accused Products comprise "one or more display screens, wherein a brightness of the one or more display screens is configured to switch between at least a first brightness level and a second brightness level wherein the second brightness level is brighter than the first brightness level" as recited by claims 1 and 11 of the '116 Patent. For example, 360Fuel boasts that the TRON fuel dispenser has a touch screen interface that has light and dark mode that automatically adjusts by the time of day as well as by brightness:

**32" Touchscreen Interface**
Easy to use touchscreen interface for frictionless transaction flows, enhanced user experience, product/service ordering, and customization.

**High-Bright Display**
2,000 nits high-bright display ensures maximum daylight readability in direct sunlight, automatically adjusts by time of day and ambient

**Light/Dark Mode**
Automatic switching between light and dark mode by time of day and weather condition, mode fully customizable by customer preference.

***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See* 360Fuel Website (Specifications), https://360fuel.net/products/fuel-dispensers/TRON**

71. The Accused Products comprise "a transceiver capable of establishing a communication session with a customer wireless communications device and receiving, from the customer wireless communications device, identity data representative of identity information of a customer" as recited in claims 1 and 11 of the '116 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's wireless device:




***See* http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

> **PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website (Specifications), https://360fuel.net/products/fuel-dispensers/TRON**

Moreover, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, the aforementioned "identification" step occurs as a result of the TRON transceiver with NFC protocol receiving, from the customer's wireless device, some identity data representative of identity information of a customer, for example, a digital wallet.

72. The Accused Products comprise "at least one data processor operatively coupled to the one or more display screens and the transceiver programmed to: receive the identity data; transmit the identity data to a server communicatively coupled to the at least one data processor" as recited in claims 1 and 11 of the '116 Patent. For example, 360 Fuel advertises its product as "one vertically integrated AI + IOT [internet of things] Platform" and states, in its handouts, that "360Fuel is an AI- and IoT-enabled platform connecting suppliers, retailers, and customers to deliver industry-leading customer experience and operational automation end-to-end." *See* **Exhibit 10** (360Fuel NACS Handout). Moreover, 360Fuel likewise advertises that its system has a "Site Control + Wireless Site Controller III [that] connects fueling, payments, loyalty, reporting and inventory [and] Industrial Wireless Ethernet links site hardware." *Id*. The 360Fuel website

also boasts a 360Fuel system platform that directly links the TRON fuel dispenser with a site controller and the 360Fuel Cloud:




***See* 360Fuel Website, [https://360fuel.net/platform/System](https://360fuel.net/platform/System)**

In addition, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, after the TRON fuel dispenser's transceiver receives—via NFC protocol—the identity information in the form of a digital wallet identifier, it transmits that information to a server coupled to the data processer.

73. The Accused Products further "receive profile data representative of a user profile from the server, wherein the user profile comprises customer-related data," as recited by claims 1 and 11 of the '116 Patent. 360Fuel's website notes that the Accused Products provide a

"personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location," which must be based on a user profile that includes a customer's purchasing preferences and location preference. *See* https://www.360fuel.tech/technology/consumer. What is more, 360Fuel further states on the "Consumer" page of its website that customers can "earn and redeem loyalty points on fuel and store purchases for added savings," necessarily requiring that customers have loyalty accounts that include their user data. *Id*. 360Fuel's Consumer page of its website further includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying said user loyalty profile that comprises customer-related data including the customer's name, image, and reward balance (highlighted in the red box, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And

so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. In the video, the customer's loyalty profile (i.e., a user profile comprised of customer-related data) is returned and displayed on the TRON display screen, including the customer's name, photograph, and "Reward Balance" (highlighted in the red box, below):




Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON.

74. The Accused Products further "determine data relating to one or more products or services available at a store at which the fuel dispenser is located, or one or more affiliated stores," as recited by claims 1 and 11 of the '116 Patent. 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location." *See* https://www.360fuel.tech/technology/consumer. 360Fuel's Consumer page of its website further includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying data that relates to one or more products or services available at a store where the fuel dispenser is located, or one or more affiliated stores – here, by advertising the King Size Reese's for $1.50 (highlighted in the red box, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And

so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. In the video, an advertisement for a bag of Lay's potato chips—a product available at a store at which the fuel dispenser is located, or one or more affiliated stores—that is presented to the customer (highlighted in the red box, below):




Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON. The 360Fuel Website "Features" page also

states that through "Forecourt Ordering," "[p]roducts and services ordered during fueling are fully customizable, TRON AI automatically adapts order options for known customers." *Id*.

75. The Accused Products further "provide, for display by at least one of a display screen of the customer wireless communications device and the one or more display screens, data representative of the one or more products or services," as recited by claims 1 and 11 of the '116 Patent. For example, 360Fuel's Consumer page of its website further includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying data that relates to one or more products or services available at a store where the fuel dispenser is located, or one or more affiliated stores – here, by advertising the King Size Reese's for $1.50 (highlighted in the red box, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored

content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. In the video, the TRON touchscreen displays an advertisement for a bag of Lay's potato chips—a product available at a store at which the fuel dispenser is located, or one or more affiliated stores—that is presented to the customer (highlighted in the red box, below):




76. The Accused Products further "receive, from the customer via the one or more display screens or the screen of the customer wireless communications device, selection data representative of a selection of the one or more products or services," as recited by claims 1 and 11 of the '116 Patent. For example, 360Fuel's Consumer page of its website includes an embedded

YouTube video that shows its TRON dispenser touchscreen displaying the Reese's offer mentioned above and listing two options—"Get Offer" and "Buy Now":




**Also *available at* [https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)**

In the video, the customer can be seen selecting the "Buy Now" input, which constitutes "selection data representative of a selection of the one or more products or services," which is received by the TRON dispenser:




***Available at* [https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)**

77. The Accused Products further "generate data representative of a purchase of a fueling session to be paid by the customer at the fuel dispenser based on the one or more products or services" as recited by claims 1 and 11 of the '116 Patent. For example, 360Fuel's LinkedIn page features a post dated July 20, 2024 in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling and after the customer selected products to add on to their transaction,

including an itemized receipt that lists 16.839 gallons of fuel for a total of $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99. This display screen shows "data representative of a purchase of a fueling session to be paid by the customer" at the TRON fuel dispenser "based on the one or more products [i.e., fuel, Doritos, and Dasani]":




***See*** **360Fuel LinkedIn,** https://www.linkedin.com/company/360fuel/posts

78. The "customer-related data" of the Accused Products "additionally comprises one or more payment methods, and the at least one data processor is further programmed to execute the purchase of the fueling session using the one or more payment methods after completion of the fueling session," as recited by claims 2 and 12 of the '116 Patent. For example, 360Fuel repeatedly remarks on the Accused Products' customer rewards feature via a loyalty or rewards account (i.e., some of the customer-related data) in which a customer can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website likewise states that customers get "Rewards on Every Purchase" whereby customers can "[e]arn and ***redeem loyalty points*** on fuel and store purchase for added savings." *See* https://www.360fuel.tech/technology/consumer (emphasis added).

In addition, 360Fuel repeatedly advertises its "Automated Fueling" whereby customers can "[b]egin fueling in under three seconds, minimizing wait times and improving the overall experience" based on its NFC protocol. *See* https://www.360fuel.tech/technology/consumer. 360Fuel's Instagram video dated June 7, 2024 narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits," and therefore likewise confirms that 360Fuel's customer-related data includes a payment method that is programmed to execute the purchase using that payment method after completion of the fueling session. *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel's website advertises that it uses "customer recognition for payment," which, on information and belief, occurs through the customer-related data:

## 360Fuel Key Differentiators:

- **Customer Recognition for Payment, Fuel Selection, and Merchandising:** Employs patented technology to streamline fueling and customer experience, enhancing convenience and efficiency.
- **Comprehensive Dispensing Capability:** Certified for dispensing a wide range of fuels (Gasoline, Ethanol, Bio-Diesel, Kerosene, and DEF), the system caters to both attended and unattended stations.
- **Enhanced Security and User Experience:** Integration of in-dispenser security cameras and a ballistic touchscreen glass ensures a secure and interactive user interface.
- **Standardized Commerce and Personalization:** The system combines standardized commerce features for ordering with user personalization.
- **Digital Receipt and Notifications:** On-board notification system provides digital receipts, text message and other device notifications.
- **Remote Maintenance and Supportability:** The RMFD includes extensive remote diagnostic and resolution capabilities.

***See* 360Fuel Website (Newsroom), *available at* https://www.360fuel.tech/newsroom/360fuel-achieves-approval-for-first-automated-fueling-system-with-customer-recognition**

79. Additionally, the "data processor" of the Accused Products "is further programmed to determine a price discount for one or more products or services or the fueling session based on the customer-related data" as recited by claims 3 and 13 of the '116 Patent. For example, the 360Fuel website states that the Accused Products offer "Dynamic Promotion" wherein customers can "[u]nlock real-time discounts and exclusive deals based on purchasing habits and location" and get "Rewards on Every Purchase" whereby customers can "[e]arn and redeem loyalty points on fuel and store purchase for added savings." *See* 360Fuel website, *available at* https://www.360fuel.tech/technology/consumer. These loyalty points are necessarily tied to customer-related data, i.e., the customer's loyalty rewards account. In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer rewards and "discounted products" for customers through a "[p]ersonalized customer experience:"




***See*** **360Fuel Instagram** ***available at*** **https://www.instagram.com/p/DB1Er5ixBKF/**

80. Moreover, the Accused Products are programmed to offer a "fuel price discount" as recited by claims 4 and 14 of the '116 Patent. For example, as mentioned above, the 360Fuel website states that the Accused Products offer "Dynamic Promotion" wherein customers can "[u]nlock real-time discounts and exclusive deals based on purchasing habits and location" and get "Rewards on Every Purchase" whereby customers can "***[e]arn and redeem loyalty points on fuel*** and store purchase for added savings." *See* 360Fuel website, *available at* https://www.360fuel.tech/technology/consumer (emphasis added). The 360Fuel website further notes that customers can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See*** **360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer "periodic fuel rebates:"




***See*** **360Fuel Instagram *available at* [https://www.instagram.com/p/DB1Er5ixBKF/](https://www.instagram.com/p/DB1Er5ixBKF/)**

81. The Accused Products also practice "wherein the customer wireless communications device is a vehicle or a mobile device" as recited by claims 5 and 15 of the '116 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

> **PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

82. The Accused Products further comprise "customer-related data includes data representative of past purchasing habits at the store at which the fuel dispenser is located or at the one or more affiliated stores" as recited by claims 6 and 16 of the '116 Patent. For example, 360Fuel's Instagram video dated June 7, 2024 narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

83. In addition, the Accused Products further comprise "customer-related data comprises fueling preferences of the customer and the one or more display screens are further configured to display a fueling preferences screen comprising one or more fuel grade virtual buttons, wherein the one or more fuel grade virtual buttons are determined by the at least one data processer of the fuel dispenser based on fueling preferences," as recited by claims 7 and 17 of the '116 Patent. For example, 360Fuels website states that the Accused Products feature "AI [that] tailors fueling preferences" (https://www.360fuel.tech/technology/consumer); list in the "Specifications" of the TRON fuel dispenser "360 Technology: Patented frictionless commerce system enabling customers to ***automatically select fuel grade***, pay, and begin fueling in less than 3 seconds," *see* https://360fuel.net/products/fuel-dispensers/TRON (emphasis added); and list in the "Features" of the TRON fuel dispenser "User Personalization: TRON uses artificial

intelligence (AI) and customer selection to automatically tailor fueling experience to customer liking….” *See id.*

In addition, 360Fuel’s Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying pre-selected fuel grade virtual buttons based on the customer’s preferences (shown in red, below):




84. The Accused Products likewise comprise “a security camera configured to capture one or more images or videos during the communication session” as recited by claim 9 of the ’116 Patent. For example, the 360Fuel website notes that the Accused Products “deliver[] enhanced security” including through “[s]ecurity cameras [that] are added to each point of purchase, including in-dispenser cameras:”

Security

360Fuel's platform delivers enhanced security throughout the entire fueling site and through all enhanced operations. Security cameras are added to each point of purchase including in-dispenser cameras at each fueling position linked to every transaction.

360Fuel's enhanced security features include:

- Site Firewall
- Security Cameras
- Multiple Encryption
- VLAN Segmentation
- Cloud Security

***See* 360Fuel Website (Security), https://360fuel.net/services/retailer/Security**

**Forecourt Security**

TRON's vision system adds eight (8) high-resolution viewing angles each island placement with recorded transaction security, fraud prevention, and vandal detection AI.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

85. The "transceiver" of the Accused Products "communicates via at least one of a Bluetooth protocol, a near field communication protocol, a cellular protocol, a WiFi protocol, and a radio frequency identification (RFID) protocol" as recited by claim 10 of the '116 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See* http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

86. Accordingly, the Accused Products directly infringe at least claims 1–7 and 9–17 of the ’116 Patent pursuant to 35 U.S.C. § 271(a) without the consent, approval, or a license from Wayne.

87. Prosperie has also directly infringed, and on information and belief, continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the ’116 Patent—including, without limitation, claims 1–7 and 9–17— pursuant to 35 U.S.C. § 271(a) by, without authority, using the Accused Products in the United States. For example, as recited above, Prosperie can be seen on 360Fuel’s public Instagram using the Accused Products:




*See* 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post); *see also* 360Fuel Instagram, *available at* https://www.instagram.com/reel/DJrMUyFpR9s/ (May 15, 2025 post with the caption reading, in part “Our CEO put it [*i.e.*, the TRON fuel dispenser] to the test!” and showing Prosperie using the TRON fuel dispenser); 360Fuel Instagram, *available at* https://www.instagram.com/reel/DFu4wChuUIv/ (February 6, 2025 post in which Prosperie is

seen using the TRON fuel dispenser and highlights certain features including the "day time and night time mode" and multiple languages).

88. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the '116 Patent pursuant to 35 U.S.C. § 271(b) by inducing others including 360Fuel to directly infringe the '116 Patent, either literally or under the doctrine of equivalents, by using his influence as a controlling officer, director, and/or manager of 360Fuel to induce 360Fuel into making, using, selling, offering to sell, and/or importing into the United States the Accused Products. Prosperie has also taken active steps with the specific intent to cause 360Fuel to make, use, sell, offer to sell, and/or import into the United States the Accused Products in a manner that infringes one or more claims of the '116 Patent, including, without limitation, claims 1–7 and 9–17. Such steps by Prosperie have included, among other things, controlling, advising, and/or directing 360Fuel to make, use, sell, offer to sell and/or import into the United States the Accused Products in an infringing manner; and/or advertising and promoting the use of the Accused Products in an infringing manner. *See, e.g.*, 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post in which Prosperie takes users "through an automated payment transaction" on the TRON fuel dispenser and with the caption "Meet the future of fueling with Werlien Prosperie III, our CEO, as he demonstrates the TRON fuel dispenser."). Prosperie's actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. Since at least the filing of this Complaint, Prosperie has actual knowledge of the '116 Patent, of the fact that the induced acts constitute infringement, and of the fact that the normal and customary use of the Accused Products by others would infringe the '116

Patent. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

89. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the ’116 Patent pursuant to 35 U.S.C. § 271(c) by contributing to the direct infringement of the ’116 Patent by others including 360Fuel, either literally or under the doctrine of equivalents. Prosperie, as a controlling officer, director, and/or manager of 360Fuel participates in and contributes to 360Fuel’s making, using, selling, offering to sell, and/or importing into the United States the Accused Products. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe one or more claims of the ’116 Patent, including, without limitation, claims 1–7 and 9–17. The special features constitute a material part of the invention of one or more claims of the ’116 Patent, including, without limitation, claims 1–7 and 9–17, and are not staple articles of commerce suitable for any substantial non-infringing use. Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. At least as of the date of this Complaint, Prosperie has actual knowledge of the ’116 Patent and of the fact that 360Fuel’s making, using, selling, offering to sell and/or importing into the United States the Accused Products constitutes infringement of the ’116 Patents. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

90. Since at least the filing of this Complaint, Defendants’ continued actions in making, using, selling, offering to sell, and/or importing into the United States the Accused Products are

willful, intentional, deliberate, and/or in conscious disregard of Wayne's rights under the '116 Patent.

91. As a result of Defendants' infringement, Wayne is suffering irreparable harm for which it has no adequate remedy at law. Unless enjoined by this Court, Defendants' infringement will continue and will result in further irreparable harm to Wayne.

92. Wayne is entitled to recover damages from Defendants not less than the profits lost by Wayne due to Defendants' infringement. In the alternative, Wayne is entitled to recover damages from Defendants in an amount not less than a reasonable royalty adequate to compensate for the infringement.

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 12,118,630

93. Wayne realleges and incorporates by reference herein the allegations in each of the preceding paragraphs of this Complaint as if fully set forth herein.

94. On October 15, 2024, U.S. Patent No. 12,118,630 ("the '630 Patent") was duly and legally issued by the U.S. Patent and Trademark Office to John Joseph Morris, Scott R. Negley, III, Annika Birkler, Richard Carlsson, Patrick Jeitler, and Randal S. Kretzler, and is entitled "Intelligent Fuel Dispensers." A true and correct copy of the '630 Patent is attached as **Exhibit 2**. The '630 Patent is presumed valid pursuant to 35 U.S.C. § 282.

95. All right, title, and interest in the '630 Patent are assigned to Wayne Fueling Systems LLC.

96. 360Fuel has directly infringed and continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '630 Patent—including, without limitation, claims 1–4, 6–16, and 18–19—pursuant to 35 U.S.C. § 271(a) by, without authority,

making, using, selling, offering to sell, and/or importing into the United States the Accused Products.

97. For example, the Accused Products constitute a "a fuel dispenser," as recited by the preamble of claim 1 of the '630 Patent. For example, the Accused Products include a fuel dispenser:




***See*** **360Fuel Website,** https://360fuel.net/products/fuel-dispensers/TRON




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

98. The Accused Products comprise "a housing comprising fuel dispensing components disposed therein" as recited by claim 1 of the '630 Patent. For example, the TRON fuel dispenser contains a steel housing and a fuel nozzle and other fuel dispensing components as shown in the images below:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

99. The Accused Products comprise "[a]n electronics module for a fuel dispenser, comprising" as recited by claim 13 of the '630 Patent. For example, the Accused Products include a fuel dispenser that contains an electronics module, at least as illustrated below:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

100. The Accused Products comprise "one or more display screens, wherein a brightness of the one or more display screens is configured to switch between at least a first brightness level and a second brightness level wherein the second brightness level is brighter than the first

brightness level" as recited by claims 1 and 13 of the '630 Patent. For example, 360Fuel boasts that the TRON fuel dispenser has a touch screen interface that has light and dark mode that automatically adjusts by the time of day as well as by brightness:


32" Touchscreen Interface

Easy to use touchscreen interface for frictionless transaction flows, enhanced user experience, product/service ordering, and customization.

High-Bright Display

2,000 nits high-bright display ensures maximum daylight readability in direct sunlight, automatically adjusts by time of day and ambient

Light/Dark Mode

Automatic switching between light and dark mode by time of day and weather condition, mode fully customizable by customer preference.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**


**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

101. The Accused Products comprise "a transceiver capable of establishing a communication session with a customer wireless communications device and receiving, from the customer wireless communications device, identity data representative of identity information of a customer" as recited in claims 1 and 13 of the '630 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's wireless device:




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

Moreover, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, the aforementioned "identification" step occurs as a result of the TRON transceiver with NFC protocol receiving, from the customer's wireless device, some identity data representative of identity information of a customer, for example, a digital wallet.

102. The Accused Products comprise "at least one data processor operatively coupled to the one or more display screens and the transceiver programmed to: receive the identity data; transmit the identity data to a server communicatively coupled to the at least one data processor" as recited in claims 1 and 13 of the '630 Patent. For example, 360 Fuel advertises its product as "one vertically integrated AI + IOT [internet of things] Platform" and states, in its handouts, that "360Fuel is an AI- and IoT-enabled platform connecting suppliers, retailers, and customers to deliver industry-leading customer experience and operational automation end-to-end." *See* **Exhibit 10** (360Fuel NACS Handout). Moreover, 360Fuel likewise advertises that its system has a "Site Control + Wireless Site Controller III [that] connects fueling, payments, loyalty, reporting and inventory [and] Industrial Wireless Ethernet links site hardware." *Id*. The 360Fuel website also boasts a 360Fuel system platform that directly links the TRON fuel dispenser with a site controller and the 360Fuel Cloud:




***See* 360Fuel Website, [https://360fuel.net/platform/System](https://360fuel.net/platform/System)**

In addition, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, after the TRON fuel dispenser's transceiver receives—via NFC protocol—the identity information in the form of a digital wallet identifier, it transmits that information to a server coupled to the data processer.

103. The Accused Products further "receive profile data representative of a user profile from the server, wherein the user profile comprises customer-related data," as recited by claims 1 and 13 of the '630 Patent. 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location," which must be based on a user profile that includes a customer's purchasing preferences and location preference. *See* https://www.360fuel.tech/technology/consumer. What is more, 360Fuel further states on the "Consumer" page of its website that customers can "earn and redeem loyalty points on fuel and store purchases for added savings," necessarily requiring that customers have loyalty accounts that include their user data. *Id*. 360Fuel's Consumer page of its website further includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying said user loyalty profile that comprises customer-related data including the customer's name, image, and reward balance (highlighted in the red box, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. In the video, the customer's loyalty profile (i.e., a user profile comprised of customer-related data) is returned and displayed on the TRON display screen, including the customer's name, photograph, and "Reward Balance" (highlighted in the red box, below):




Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON.

104. The Accused Products further "execute a fuel purchase after completion of a fueling session using one or more payment methods stored in the customer-related data" as recited in claims 1 and 13 of the '630 Patent. For example, 360Fuel repeatedly remarks on the Accused Products' customer rewards feature via a loyalty or rewards account (i.e., some of the customer-related data) in which a customer can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website likewise states that customers get "Rewards on Every Purchase" whereby customers can "[e]arn and ***redeem loyalty points*** on fuel and store purchase for added savings." *See* https://www.360fuel.tech/technology/consumer (emphasis added).

In addition, 360Fuel repeatedly advertises its "Automated Fueling" whereby customers can "[b]egin fueling in under three seconds, minimizing wait times and improving the overall experience" based on its NFC protocol. *See* https://www.360fuel.tech/technology/consumer. 360Fuel's Instagram video dated June 7, 2024 narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits," and therefore likewise confirms that the Accused Products execute the purchase using that payment method after completion of the fueling session using one or more payment methods stored in the customer-related data. *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel's website advertises that it uses "customer recognition for payment," which, on information and belief, occurs through the customer-related data:




***See*** **360Fuel Website (Newsroom), *available at* https://www.360fuel.tech/newsroom/360fuel-achieves-approval-for-first-automated-fueling-system-with-customer-recognition**

105. The Accused Products likewise "provide an electronic receipt for display by at least one of a screen of the customer wireless communications device and the one or more display screens, wherein the electronic receipt comprises an itemized summary of the fuel purchase" as recited by claims 1 and 13 of the '630 Patent. For example, 360Fuel's LinkedIn page features a post dated July 20, 2024 in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling, including an itemized receipt that lists fuel totaling $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99 for a total of $77.17:




***See* 360Fuel LinkedIn,** https://www.linkedin.com/company/360fuel/posts

106. The Accused Products further feature an "electronic receipt [that] further comprises a personalized message determined by the at least one data processer based on the user profile" as recited by claims 2 and 14 of the '630 Patent. For example, in the same screen shown immediately above, the electronic receipt displayed on the TRON's touchscreen includes the message "Hello Werlien!" along with an image of the user, both of which are based on the user profile. *See* https://www.linkedin.com/company/360fuel/posts.

107. On information and belief, the Accused Products additionally feature an "electronic receipt [that] further comprises data representative of a price discount for the fuel purchase determined based on the user profile" as recited by claims 3 and 15 of the '630 Patent. For example, the 360Fuel website states that the Accused Products offer "Dynamic Promotion" wherein customers can "[u]nlock real-time discounts and exclusive deals based on purchasing habits and location" and get "Rewards on Every Purchase" whereby customers can "[e]arn and redeem

loyalty points on fuel and store purchase for added savings." *See* 360Fuel website, *available at* https://www.360fuel.tech/technology/consumer. These loyalty points are necessarily tied to customer-related data, i.e., the customer's loyalty rewards account. In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer rewards and "discounted products" for customers through a "[p]ersonalized customer experience:"




***See* 360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

On information and belief, any such price discounts would be included in the electronic receipt.

108. On information and belief, the Accused Products also comprise "data representative of a price discount for one or more products or services for sale by a remote merchant operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located" as recited in claims 4 and 16 of the '630 Patent. For example, 360Fuel's website makes the following statements, which, when taken together, indicate that the TRON fuel dispenser offers product and/or service discounts for a "remote merchant" operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located:




***See*** **360Fuel Website (Features), [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **360Fuel website, *available at* [https://www.360fuel.tech/technology/consumer](https://www.360fuel.tech/technology/consumer)**

109. On information and belief, the Accused Products further comprise an "electronic receipt [that] is stored in the user profile" as recited in claim 6 of the '630 Patent. For example, 360Fuel notes on its website:




***See*** **360Fuel website, *available at* [https://www.360fuel.tech/technology/consumer](https://www.360fuel.tech/technology/consumer)**

360Fuel's website additionally states:

# 360Fuel Key Differentiators:

- **Customer Recognition for Payment, Fuel Selection, and Merchandising:** Employs patented technology to streamline fueling and customer experience, enhancing convenience and efficiency.
- **Comprehensive Dispensing Capability:** Certified for dispensing a wide range of fuels (Gasoline, Ethanol, Bio-Diesel, Kerosene, and DEF), the system caters to both attended and unattended stations.
- **Enhanced Security and User Experience:** Integration of in-dispenser security cameras and a ballistic touchscreen glass ensures a secure and interactive user interface.
- **Standardized Commerce and Personalization:** The system combines standardized commerce features for ordering with user personalization.
- **Digital Receipt and Notifications:** On-board notification system provides digital receipts, text message and other device notifications.
- **Remote Maintenance and Supportability:** The RMFD includes extensive remote diagnostic and resolution capabilities.

***See* 360Fuel Website (Newsroom), *available at* https://www.360fuel.tech/newsroom/360fuel-achieves-approval-for-first-automated-fueling-system-with-customer-recognition**

110. The Accused Products also practice wherein "the customer wireless communications device is a vehicle or a mobile device" as recited by claims 7 and 18 of the '630 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

> **PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

111. The "transceiver" of the Accused Products "communicates via at least one of a Bluetooth protocol, a near field communication protocol, a cellular protocol, a WiFi protocol, and a radio frequency identification (RFID) protocol" as recited by claim 8 of the '630 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

> **PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

112. The Accused Products further comprise an "at least one data processer is further programmed to provide the electronic receipt to the transceiver to be transmitted to the customer wireless communications device via at least one of a text message and email" as recited by claims 9 and 19 of the '630 Patent. For example, 360Fuel's LinkedIn page features a post dated July 20, 2024 in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling and after the customer selected products to add on to their transaction, including an itemized receipt that lists fuel in the amount of $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99. The image of the TRON touchscreen asks the user whether they would like their receipt texted to them or printed in-store:



***See*** **360Fuel LinkedIn,** https://www.linkedin.com/company/360fuel/posts

113. The Accused Products additionally have an "electronic receipt [that] further comprises at least one of an odometer setting of the vehicle, a fuel grade dispensed and an amount of fuel dispensed during the fueling session" as recited by claim 10 of the '630 Patent. For example, in the same image cited immediately above from 360Fuel's LinkedIn page, the visible electronic receipt lists that "Regular" fuel was dispensed (i.e., the fuel grade) and lists that 16.839 gallons were dispensed (i.e., the amount) during the fueling session. *See* https://www.linkedin.com/company/360fuel/posts.

114. The Accused Products further include a "fuel dispenser" "wherein the one or more display screens is a touchscreen" as recited by claim 11 of the '630 Patent. For example, the 360Fuel website states that the TRON fuel dispenser has a touch screen interface:



***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

115. The Accused Products further include a "fuel dispenser" that "further compris[e] a security camera configured to capture one or more images or videos during the communication session" as recited by claim 12 of the '630 Patent. For example, For example, the 360Fuel website notes that the Accused Products "deliver[] enhanced security" including through "[s]ecurity cameras [that] are added to each point of purchase, including in-dispenser cameras:"

Security

360Fuel's platform delivers enhanced security throughout the entire fueling site and through all enhanced operations. Security cameras are added to each point of purchase including in-dispenser cameras at each fueling position linked to every transaction.

360Fuel's enhanced security features include:

- Site Firewall
- Security Cameras
- Multiple Encryption
- VLAN Segmentation
- Cloud Security

***See*** **360Fuel Website, https://360fuel.net/services/retailer/Security**

Forecourt Security

TRON's vision system adds eight (8) high-resolution viewing angles each island placement with recorded transaction security, fraud prevention, and vandal detection AI.

***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

116. Accordingly, the Accused Products directly infringe at least claims 1–4, 6–16, and 18–19 of the '630 Patent pursuant to 35 U.S.C. § 271(a) without the consent, approval, or a license from Wayne.

117. Prosperie has also directly infringed, and on information and belief, continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '630 Patent—including, without limitation, claims 1–4, 6–16, and 18–19—pursuant to 35 U.S.C.

§ 271(a) by, without authority, using the Accused Products in the United States. For example, as recited above, Prosperie can be seen on 360Fuel's public Instagram using the Accused Products:




*See* 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post); *see also* 360Fuel Instagram, *available at* https://www.instagram.com/reel/DJrMUyFpR9s/ (May 15, 2025 post with the caption reading, in part "Our CEO put it [*i.e.*, the TRON fuel dispenser] to the test!" and showing Prosperie using the TRON fuel dispenser); 360Fuel Instagram, *available at* https://www.instagram.com/reel/DFu4wChuUIv/ (February 6, 2025 post in which Prosperie is seen using the TRON fuel dispenser and highlights certain features including the "day time and night time mode" and multiple languages).

118. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the '630 Patent pursuant to 35 U.S.C. § 271(b) by inducing others including 360Fuel to directly infringe the '630 Patent, either literally or under the doctrine of equivalents, by using his influence as a controlling officer, director, and/or manager of 360Fuel to induce 360Fuel into making, using, selling, offering to sell, and/or importing into the United States the Accused Products. Prosperie

has also taken active steps with the specific intent to cause 360Fuel to make, use, sell, offer to sell, and/or import into the United States the Accused Products in a manner that infringes one or more claims of the ’630 Patent, including, without limitation, claims 1–4, 6–16, and 18–19. Such steps by Prosperie have included, among other things, controlling, advising, and/or directing 360Fuel to make, use, sell, offer to sell and/or import into the United States the Accused Products in an infringing manner; and/or advertising and promoting the use of the Accused Products in an infringing manner. *See, e.g.*, 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post in which Prosperie takes users “through an automated payment transaction” on the TRON fuel dispenser and with the caption “Meet the future of fueling with Werlien Prosperie III, our CEO, as he demonstrates the TRON fuel dispenser.”). Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. Since at least the filing of this Complaint, Prosperie has actual knowledge of the ’630 Patent, of the fact that the induced acts constitute infringement, and of the fact that the normal and customary use of the Accused Products by others would infringe the ’630 Patent. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

119. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the ’630 Patent pursuant to 35 U.S.C. § 271(c) by contributing to the direct infringement of the ’630 Patent by others including 360Fuel, either literally or under the doctrine of equivalents. Prosperie, as a controlling officer, director, and/or manager of 360Fuel participates in and contributes to 360Fuel’s making, using, selling, offering to sell, and/or importing into the United States the Accused Products. The Accused Products have special features that are specially

designed to be used in an infringing way and that have no substantial uses other than ones that infringe one or more claims of the ’630 Patent, including, without limitation, claims 1–4, 6–16, and 18–19. The special features constitute a material part of the invention of one or more claims of the ’630 Patent, including, without limitation, claims 1–4, 6–16, and 18–19, and are not staple articles of commerce suitable for any substantial non-infringing use. Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. At least as of the date of this Complaint, Prosperie has actual knowledge of the ’630 Patent and of the fact that 360Fuel’s making, using, selling, offering to sell and/or importing into the United States the Accused Products constitutes infringement of the ’630 Patents. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

120. Since at least the filing of this Complaint, Defendants’ continued actions in making, using, selling, offering to sell, and/or importing into the United States the Accused Products are willful, intentional, deliberate, and/or in conscious disregard of Wayne’s rights under the ’630 Patent.

121. As a result of Defendants’ infringement, Wayne is suffering irreparable harm for which it has no adequate remedy at law. Unless enjoined by this Court, Defendants’ infringement will continue and will result in further irreparable harm to Wayne.

122. Wayne is entitled to recover damages from Defendants not less than the profits lost by Wayne due to Defendants’ infringement. In the alternative, Wayne is entitled to recover damages from Defendants in an amount not less than a reasonable royalty adequate to compensate for the infringement.

**COUNT III**
**INFRINGEMENT OF U.S. PATENT NO. 12,118,195**

123. Wayne realleges and incorporates by reference herein the allegations in each of the preceding paragraphs of this Complaint as if fully set forth herein.

124. On October 15, 2024, U.S. Patent No. 12,118,195 ("the '195 Patent") was duly and legally issued by the U.S. Patent and Trademark Office to John Joseph Morris, Scott R. Negley, III, Annika Birkler, Richard Carlsson, Patrick Jeitler, and Randal S. Kretzler, and is entitled "Intelligent Fuel Dispensers." A true and correct copy of the '195 Patent is attached as **Exhibit 3**. The '195 Patent is presumed valid pursuant to 35 U.S.C. § 282.

125. All right, title, and interest in the '195 Patent are assigned to Wayne Fueling Systems LLC.

126. 360Fuel has directly infringed and continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '195 Patent—including, without limitation, claims 1–11 and 13–20—pursuant to 35 U.S.C. § 271(a) by, without authority, making, using, selling, and/or offering to sell, and/or importing into the United States the Accused Products.

127. For example, the Accused Products constitute "a fuel dispenser," as recited by the preamble of claim 1 of the '195 Patent. For example, the Accused Products include a fuel dispenser:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

128. The Accused Products comprise "[a]n electronics module for a fuel dispenser, comprising" as recited by claim 15 of the '195 Patent. For example, the Accused Products include a fuel dispenser that contains an electronics module, at least as illustrated below:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

129. The Accused Products comprise "a housing comprising fuel dispensing components disposed therein" as recited by claim 1 of the '195 Patent. For example, the TRON fuel dispenser contains a steel housing, a fuel nozzle, and other fuel dispensing components as shown in the images below:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

130. The Accused Products have "one or more touch-sensitive display screens" as recited by claims 1 and 15 of the '195 Patent. For example, the 360Fuel website advertises that the TRON fuel dispenser has a 32" touchscreen interface as a "Feature" or "Specification" as follows:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

> **CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

131. The Accused Products comprise "a transceiver capable of establishing a communication session with a customer wireless communications device and of receiving, from the customer wireless communications device, identity data representative of identity information of a customer" as recited in claims 1 and 15 of the '195 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's wireless device:




***See* http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

> **PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

Moreover, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, the aforementioned "identification" step occurs as a result of the TRON transceiver with NFC protocol receiving, from the customer's wireless device, some identity data representative of identity information of a customer, for example, a digital wallet.

132. The Accused Products comprise "at least one data processor operatively coupled to the one or more display screens and the transceiver programmed to: receive the identity data; transmit the identity data to a server communicatively coupled to the at least one data processor" as recited in claims 1 and 15 of the '195 Patent. For example, 360 Fuel advertises its product as "one vertically integrated AI + IOT [internet of things] Platform" and states, in its handouts, that "360Fuel is an AI- and IoT-enabled platform connecting suppliers, retailers, and customers to deliver industry-leading customer experience and operational automation end-to-end." *See* Ex. 9 (360Fuel NACS Handout). Moreover, 360Fuel likewise advertises that its system has a "Site Control + Wireless Site Controller III [that] connects fueling, payments, loyalty, reporting and inventory [and] Industrial Wireless Ethernet links site hardware." *Id*. The 360Fuel website also boasts a 360Fuel system platform that directly links the TRON fuel dispenser with a site controller and the 360Fuel Cloud:




***See*** **360Fuel Website, https://360fuel.net/platform/System**

In addition, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, after the TRON fuel dispenser's transceiver receives—via NFC protocol—the identity information in the form of a digital wallet identifier, it transmits that information to a server coupled to the data processer.

133. The Accused Products further "receive profile data representative of a user profile from the server, wherein the user profile comprises customer-related data," as recited by claims 1 and 15 of the '195 Patent. 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein

customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location," which must be based on a user profile that includes a customer's purchasing preferences and location preference. *See* https://www.360fuel.tech/technology/consumer. What is more, 360Fuel further states on the "Consumer" page of its website that customers can "earn and redeem loyalty points on fuel and store purchases for added savings," necessarily requiring that customers have loyalty accounts that include their user data. *Id*. 360Fuel's Consumer page of its website further includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying said user loyalty profile that comprises customer-related data including the customer's name, image, and reward balance (highlighted in the red box, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See*

https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. In the video, the customer's loyalty profile (i.e., a user profile comprised of customer-related data) is returned and displayed on the TRON display screen, including the customer's name, photograph, and "Reward Balance" (highlighted in the red box, below):




Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON.

134. The Accused Products further "provide, for display by at least one of a display screen of the customer wireless communications device and the one or more touch-sensitive

display screens, data representative of targeted content determine based on the customer-related data," as recited by claims 1 and 15 of the '195 Patent. For example, 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location," which must be based on a user profile that includes a customer's purchasing preferences and location preference. *See* https://www.360fuel.tech/technology/consumer. In addition, in the YouTube video embedded in 360Fuel's Consumer page of its website, it illustrates the TRON fuel dispenser's touchscreen displaying a targeted advertisement of a Reese's King Size to user "Felicity" based on her user preferences (highlighted in the red box, below):




Also *available at* **https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And

so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. In the video, the TRON display screen features targeted content in the form of an advertisement for Lay's potato chips (highlighted in the red box, below):




Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON.

135. The Accused Products further "receive from the one or more touch-sensitive display screens or the screen of the customer wireless communications device, selection data representative of a selection of the targeted content" as recited by claims 1 and 15 of the '195 Patent. For example, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying the Reese's offer mentioned above and listing two options—"Get Offer" and "Buy Now":




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In the video, the customer can be seen selecting the "Buy Now" input, which constitutes "selection data representative of a selection of the targeted content" that is received by the TRON dispenser:




***Available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

136. The Accused Products further "provide, within at least one of the one or more display screens and the screen of the customer wireless communications device, data

representative of additional information pertaining to the targeted content" as recited by claims 1 and 15 of the '195 Patent. For example, in the same embedded YouTube video on the Consumer page of the 360Fuel website, once the customer selects the "Buy Now" input, "additional information pertaining to the targeted content" is provided in the form of a pop-up screen of a cart that provides "Total Price" information on the Reese's (i.e., the targeted content) as shown below:




***Available at*** **https://www.youtube.com/watch?v=vAZlzFD0ioo**

137. The Accused Products also provide an "at least one data processor [that] is further programmed to: receive from the one or more display screens or the screen of the customer wireless communications device, data representative of a second selection of the additional information and provide, within the at least one of the one or more display screens and the screen of the customer wireless communications device, data representative of an order for one or more products or services corresponding to the targeted content, wherein the order comprises one or more of a quantity, a price, a payment method and delivery information, determined based on the user profile" as recited by claims 2 and 16 of the '195 Patent. For example, in the same embedded YouTube video on the Consumer page of the 360Fuel website shown immediately above, the pop-up cart screen has a check mark and an "x" button that the customer is invited to press, as shown

below, to make their selection of additional information (i.e., to confirm that they would like to add the Reese's to their fuel purchase):




***Available at*** **https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, and as mentioned above, in that same "add to cart" screen, a "total price" of the Reese's is provided to the customer determined based on the user profile (as shown in red, below):




***Available at*** **https://www.youtube.com/watch?v=vAZlzFD0ioo**

138. The Accused Products also comprise an "at least one data processor [that] is further programmed to: receive from the one or more display screens or the screen of the customer wireless communications device, data representative of a confirmation of the order; and modify data representative of a fuel purchase to be paid by the customer based on the order" as recited by claim 3 of the '195 Patent. For example, in the same embedded YouTube video on the Consumer page

of the 360Fuel website shown immediately above, the pop-up cart screen has a check mark and an "x" button that the customer is invited to press, as shown below, to make their selection of additional information (i.e., to confirm that they would like to add the Reese's to their fuel purchase):




***Available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, 360Fuel's LinkedIn page features a July 20, 2024 post in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling and after the customer selected products to add on to their transaction, including an itemized receipt that lists 16.839 gallons of fuel for a total of $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99, as show below. The only way that the TRON fuel dispenser could have arrived at the below screen is if the processor was programmed to modify the fuel purchase to add the customer's ordered products:




***See*** **360Fuel LinkedIn,** https://www.linkedin.com/company/360fuel/posts

139. The Accused Products further have "customer-related data [that] comprises one or more payment methods, and the at least one data processor is further programmed to complete the fuel purchase after a fueling session using the one or more payment methods" as recited in claim 4 of the '195 Patent. For example, 360Fuel repeatedly remarks on the Accused Products' customer rewards feature via a loyalty or rewards account (i.e., some of the customer-related data) in which a customer can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See*** **360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website likewise states that customers get "Rewards on Every Purchase" whereby customers can "[e]arn and ***redeem loyalty points*** on fuel and store purchase for added savings." *See* https://www.360fuel.tech/technology/consumer (emphasis added).

In addition, 360Fuel repeatedly advertises its "Automated Fueling" whereby customers can "[b]egin fueling in under three seconds, minimizing wait times and improving the overall experience" based on its NFC protocol. *See* https://www.360fuel.tech/technology/consumer. 360Fuel's Instagram video dated June 7, 2024 narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits," and therefore likewise confirms that 360Fuel's customer-related data includes a payment method that is programmed to complete the fuel purchase after a fueling session using the one or more payment methods. *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel's website advertises that it uses "customer recognition for payment," which, on information and belief, occurs through the customer-related data:

# 360Fuel Key Differentiators:

- **Customer Recognition for Payment, Fuel Selection, and Merchandising:** Employs patented technology to streamline fueling and customer experience, enhancing convenience and efficiency.
- **Comprehensive Dispensing Capability:** Certified for dispensing a wide range of fuels (Gasoline, Ethanol, Bio-Diesel, Kerosene, and DEF), the system caters to both attended and unattended stations.
- **Enhanced Security and User Experience:** Integration of in-dispenser security cameras and a ballistic touchscreen glass ensures a secure and interactive user interface.
- **Standardized Commerce and Personalization:** The system combines standardized commerce features for ordering with user personalization.
- **Digital Receipt and Notifications:** On-board notification system provides digital receipts, text message and other device notifications.
- **Remote Maintenance and Supportability:** The RMFD includes extensive remote diagnostic and resolution capabilities.

***See* 360Fuel Website (Newsroom), *available at* https://www.360fuel.tech/newsroom/360fuel-achieves-approval-for-first-automated-fueling-system-with-customer-recognition**

140. In addition, the "at least one data processor" of the Accused Products is "further programmed to: provide an electronic receipt to the at least one of the one or more display screens and the screen of the customer wireless communications device, wherein the electronic receipt comprises an itemized summary of the fuel purchase" as recited by claim 5 of the '195 Patent. For example, 360Fuel's LinkedIn page features a July 20, 2024 post in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling and after the customer selected products to add to their transaction, including an itemized receipt that lists fuel totaling $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99:




***See* 360Fuel LinkedIn,** https://www.linkedin.com/company/360fuel/posts

141. The "targeted content" of the Accused Products "further comprises a price discount for one or more products or services available at a store at which the fuel dispenser is located, or one or more affiliated stores" as recited in claims 6 and 17 of the '195 Patent. And the Accused Products further comprise a "fuel dispenser" or "electronics module" "wherein the price discount

is determined based on the user profile" as recited by claim 7 of the '195 Patent. For example, 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location." *See* https://www.360fuel.tech/technology/consumer. 360Fuel's website further highlights as a feature of the TRON fuel dispenser:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website further notes that customers can obtain "personalized promotions" that can be used to reinforce "customer loyalty" via the customer's loyalty user profile:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer "periodic fuel rebates," "customer rewards," and "discounted products" again via a customer's rewards profile:




***See* 360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

142. The Accused Products further comprise a "fuel dispenser" or "electronics module" "wherein the price discount is a fuel price discount" as recited by claims 8 and 18 of the '195 Patent. For example, as mentioned above, the 360Fuel website states that the Accused Products offer "Dynamic Promotion" wherein customers can "[u]nlock real-time discounts and exclusive deals based on purchasing habits and location" and get "Rewards on Every Purchase" whereby customers can "***[e]arn and redeem loyalty points on fuel*** and store purchase for added savings." *See* 360Fuel website, *available at* https://www.360fuel.tech/technology/consumer (emphasis added). The 360Fuel website further notes that customers can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer "periodic fuel rebates:"




***See* 360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

143. The Accused Products further comprise a "fuel dispenser" "wherein the targeted content comprises at least one of a textual description, an image, an audio message and a video" as recited by claim 9 of the '195 Patent. For example, as shown above, the targeted advertisements displayed on the TRON fuel dispenser include both textual descriptions and images as can be seen in the embedded YouTube video on the 360Fuel website Consumer page displaying the TRON fuel dispenser bearing an image of a Reese's and the text "$1.50 King Size," as well as the June 7, 2024 video on 360Fuel's Instagram page that shows a TRON fuel dispenser bearing an image of a bag of Lay's potato chips and the text "Get Lays on all days!" as shown below:



Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo



**Available at** https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2

144. The Accused Products also comprise a "fuel dispenser" "wherein the customer wireless communications device is a vehicle or a mobile device" as recited in claim 10 of the '195 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC)

contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**



**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

145. The Accused Products include a "fuel dispenser" "wherein the user profile comprises fueling preferences of the customer and the one or more display screens is further programmed to display a fueling preferences screen comprising one or more fuel grade virtual buttons, wherein the one or more fuel grade virtual buttons are determined by the at least one data processor of the fuel dispenser based on the fueling preferences" as recited by claim 11 of the '195 Patent. For example, 360Fuel's website states that the Accused Products feature "AI [that] tailors fueling preferences" ([https://www.360fuel.tech/technology/consumer](https://www.360fuel.tech/technology/consumer)) and list in the "Specifications" of the TRON fuel dispenser "360 Technology: Patented frictionless commerce system enabling customers to ***automatically select fuel grade***, pay, and begin fueling in less than

3 seconds." *See* https://360fuel.net/products/fuel-dispensers/TRON. In addition, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying pre-selected fuel grade virtual buttons based on the customer's preferences (shown in red, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

146. The Accused Products likewise include a "fuel dispenser" "wherein a brightness of the one or more display screens is configured to switch between at least a first brightness level and a second brightness level wherein the second brightness level is brighter than the first brightness level" as recited by claim 13 of the '195 Patent. For example, 360Fuel boasts that the TRON fuel dispenser has a touch screen interface that has light and dark mode that automatically adjusts by the time of day as well as by brightness:




***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See* 360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

147. The "transceiver" of the Accused Products "communicates via at least one of a Bluetooth protocol, a near field communication protocol, a cellular protocol, a WiFi protocol, and a radio frequency identification (RFID) protocol" as recited by claim 14 of the '195 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See* [http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See* 360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

148. The Accused Products include a "fuel dispenser" and an "electronics module" "wherein the data representative of targeted content is provided to the display screen of the customer wireless communications device or the one or more touch-sensitive display screens in a

language that is determined based on the customer-related data" as recited in claims 19 and 20 of the '195 Patent. For example, 360Fuel states on its website that:

> **Language Prefrence**
>
> TRON speaks over 15 world languages including: Arabic, Chinese, Dutch, English, French, German, Italian, Japanese, Portuguese, Punjabi, Russian, and Spanish.

***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

Moreover, 360Fuel's Instagram likewise details the TRON fuel dispenser's touch-sensitive display permits a customer to choose their preferred language:




***See*** **360Fuel Instagram, *available at* https://www.instagram.com/reel/DDNKJYuxxuV**

149. Accordingly, the Accused Products directly infringe at least claims 1–11 and 13–20 of the ’195 Patent pursuant to 35 U.S.C. § 271(a) without the consent, approval, or a license from Wayne.

150. Prosperie has also directly infringed, and on information and belief, continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the ’195 Patent—including, without limitation, claims 1–11 and 13–20—pursuant to 35 U.S.C. § 271(a) by, without authority, using the Accused Products in the United States. For example, as recited above, Prosperie can be seen on 360Fuel’s public Instagram using the Accused Products:




*See* 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post); *see also* 360Fuel Instagram, *available at* https://www.instagram.com/reel/DJrMUyFpR9s/ (May 15, 2025 post with the caption reading, in part “Our CEO put it [*i.e.*, the TRON fuel dispenser] to the test!” and showing Prosperie using the TRON fuel dispenser); 360Fuel Instagram, *available at* https://www.instagram.com/reel/DFu4wChuUIv/ (February 6, 2025 post in which Prosperie is

seen using the TRON fuel dispenser and highlights certain features including the "day time and night time mode" and multiple languages).

151. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the '195 Patent pursuant to 35 U.S.C. § 271(b) by inducing others including 360Fuel to directly infringe the '195 Patent, either literally or under the doctrine of equivalents, by using his influence as a controlling officer, director, and/or manager of 360Fuel to induce 360Fuel into making, using, selling, offering to sell, and/or importing into the United States the Accused Products. Prosperie has also taken active steps with the specific intent to cause 360Fuel to make, use, sell, offer to sell, and/or import into the United States the Accused Products in a manner that infringes one or more claims of the '195 Patent, including, without limitation, claims 1–11 and 13–20. Such steps by Prosperie have included, among other things, controlling, advising, and/or directing 360Fuel to make, use, sell, offer to sell and/or import into the United States the Accused Products in an infringing manner; and/or advertising and promoting the use of the Accused Products in an infringing manner. *See, e.g.*, 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post in which Prosperie takes users "through an automated payment transaction" on the TRON fuel dispenser and with the caption "Meet the future of fueling with Werlien Prosperie III, our CEO, as he demonstrates the TRON fuel dispenser."). Prosperie's actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. Since at least the filing of this Complaint, Prosperie has actual knowledge of the '195 Patent, of the fact that the induced acts constitute infringement, and of the fact that the normal and customary use of the Accused Products by others would infringe the '195

Patent. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

152. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the ’195 Patent pursuant to 35 U.S.C. § 271(c) by contributing to the direct infringement of the ’195 Patent by others including 360Fuel, either literally or under the doctrine of equivalents. Prosperie, as a controlling officer, director, and/or manager of 360Fuel participates in and contributes to 360Fuel’s making, using, selling, offering to sell, and/or importing into the United States the Accused Products. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe one or more claims of the ’195 Patent, including, without limitation, claims 1–11 and 13–20. The special features constitute a material part of the invention of one or more claims of the ’195 Patent, including, without limitation, claims 1–11 and 13–20, and are not staple articles of commerce suitable for any substantial non-infringing use. Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. At least as of the date of this Complaint, Prosperie has actual knowledge of the ’195 Patent and of the fact that 360Fuel’s making, using, selling, offering to sell and/or importing into the United States the Accused Products constitutes infringement of the ’195 Patents. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

153. Since at least the filing of this Complaint, Defendants’ continued actions in making, using, selling, offering to sell, and/or importing into the United States the Accused Products are

willful, intentional, deliberate, and/or in conscious disregard of Wayne's rights under the '195 Patent.

154. As a result of Defendants' infringement, Wayne is suffering irreparable harm for which it has no adequate remedy at law. Unless enjoined by this Court, Defendants' infringement will continue and will result in further irreparable harm to Wayne.

155. Wayne is entitled to recover damages from Defendants not less than the profits lost by Wayne due to Defendants' infringement. In the alternative, Wayne is entitled to recover damages from Defendants in an amount not less than a reasonable royalty adequate to compensate for the infringement.

**COUNT IV**
**INFRINGEMENT OF U.S. PATENT NO. 12,223,557**

156. Wayne realleges and incorporates by reference herein the allegations in each of the preceding paragraphs of this Complaint as if fully set forth herein.

157. On February 11, 2025, U.S. Patent No. 12,223,557 ("the '557 Patent") was duly and legally issued by the U.S. Patent and Trademark Office to John Joseph Morris, Scott R. Negley, III, Annika Birkler, Richard Carlsson, Patrick Jeitler, and Randal S. Kretzler, and is entitled "Intelligent Fuel Dispensers." A true and correct copy of the '557 Patent is attached as **Exhibit 4**. The '557 Patent is presumed valid pursuant to 35 U.S.C. § 282.

158. All right, title, and interest in the '557 Patent are assigned to Wayne Fueling Systems LLC.

159. 360Fuel has directly infringed and continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '557 Patent—including, without limitation, claims 1–5, 8–11, and 13–20—pursuant to 35 U.S.C. § 271(a) by, without authority,

making, using, selling, offering to sell, and/or importing into the United States the Accused Products.

160. For example, the Accused Products constitute "a fuel dispenser," as recited by the preamble of claim 1 of the '557 Patent. For example, the Accused Products include a fuel dispenser:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

161. The Accused Products comprise "[a]n electronics module for a fuel dispenser, comprising" as recited by claim 15 of the '557 Patent. For example, the Accused Products include a fuel dispenser that contains an electronics module, at least as illustrated below:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

162. The Accused Products comprise "a housing comprising fuel dispensing components disposed therein" as recited by claim 1 of the '557 Patent. For example, the TRON

fuel dispenser contains a steel housing, a fuel nozzle, and other fuel dispensing components as shown in the images below:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

163. The Accused Products have "one or more display screens" as recited by claims 1 and 15 of the '557 Patent. For example, the 360Fuel website advertises that the TRON fuel dispenser has a 32" touchscreen interface as a "Feature" or "Specification" as follows:

**32" Touchscreen Interface**

Easy to use touchscreen interface for frictionless transaction flows, enhanced user experience, product/service ordering, and customization.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

164. The Accused Products comprise "a transceiver capable of establishing a communication session with a customer wireless communications device and of receiving, from the customer wireless communications device, identity data representative of identity information of a customer" as recited in claims 1 and 15 of the '557 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's wireless device:




***See* http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

Moreover, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, the aforementioned "identification" step occurs as a result of the TRON transceiver with NFC protocol receiving, from the customer's wireless device, some identity data representative of identity information of a customer, for example, a digital wallet.

165. The Accused Products comprise "at least one data processor operatively coupled to the one or more display screens and the transceiver programmed to: receive, the identity data; transmit the identity data to a server communicatively coupled to the at least one data processor" as recited in claims 1 and 15 of the '557 Patent. For example, 360Fuel advertises the Accused Products as "one vertically integrated AI + IOT [internet of things] Platform" and states, in its handouts, that "360Fuel is an AI- and IoT-enabled platform connecting suppliers, retailers, and customers to deliver industry-leading customer experience and operational automation end-to-end." *See* Ex. 9 (360Fuel NACS Handout). Moreover, 360Fuel likewise advertises that its system has a "Site Control + Wireless Site Controller III [that] connects fueling, payments, loyalty, reporting and inventory [and] Industrial Wireless Ethernet links site hardware." *Id*. The 360Fuel

website also boasts a 360Fuel system platform that directly links the TRON fuel dispenser with a site controller and the 360Fuel Cloud:




***See* 360Fuel Website, https://360fuel.net/platform/System**

In addition, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, after the TRON fuel dispenser's transceiver receives—via NFC protocol—the identity information in the form of a digital wallet identifier, it transmits that information to a server coupled to the data processer.

166. The Accused Products further "receive profile data representative of a user profile from the server, wherein the user profile comprises customer-related data," as recited by claims 1 and 15 of the '557 Patent. 360Fuel's website notes that the Accused Products provide a

"personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location," which must be based on a user profile that includes a customer's purchasing preferences and location preference. *See* https://www.360fuel.tech/technology/consumer. What is more, 360Fuel further states on the "Consumer" page of its website that customers can "earn and redeem loyalty points on fuel and store purchases for added savings," necessarily requiring that customers have loyalty accounts that include their user data. *Id.* 360Fuel's Consumer page of its website further includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying said user loyalty profile that comprises customer-related data including the customer's name, image, and reward balance (highlighted in the red box, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And

so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. In the video, the customer's loyalty profile (i.e., a user profile comprised of customer-related data) is returned and displayed on the TRON display screen, including the customer's name, photograph, and "Reward Balance" (highlighted in the red box, below):




Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON.

167. The Accused Products further “provide, for display by at least one of a display screen of the customer wireless communications device and the one or more display screens, merchant data representative of one or more products or services for sale by a remote merchant operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located,” as recited by claims 1 and 15 of the ’557 Patent. For example, 360Fuel’s Instagram features a post from April 25, 2025 showing an image of the TRON fuel dispenser’s touchscreen and stating “360Fuel’s user-friendly platform helps retailers and advertisers deliver [via the TRON display] personalized promotions that increase product awareness….”:




**Available at https://www.instagram.com/reel/DI3iAxdo9NX/**

In addition, 360Fuel 60Fuel’s website notes that the Accused Products provide a “personalized experience” wherein “AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit,” as well as “Dynamic Promotion” wherein

customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location." *See* https://www.360fuel.tech/technology/consumer.

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and being fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON. The 360Fuel Website "Features" page also states that through "Forecourt Ordering," "[p]roducts and services ordered during fueling are fully customizable, TRON AI automatically adapts order options for known customers." *Id.*

Additionally, 360Fuel's website makes the following statements, which, when taken together, indicate that the TRON fuel dispenser offers products and/or services for sale by a "remote merchant" operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located in the same manner as that on the TRON fuel dispenser as discussed above:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **360Fuel website, *available at* [https://www.360fuel.tech/technology/consumer](https://www.360fuel.tech/technology/consumer)**

168. The Accused Products further "receive, from the customer, via the one or more display screens or the screen of the customer wireless communications device, selection data representative of a selection of the merchant data," as recited by claims 1 and 15 of the '557 Patent. For example, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying the Reese's offer mentioned above and listing two options—"Get Offer" and "Buy Now":




**Also *available at* [https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)**

In the video, the customer can be seen selecting the "Buy Now" input, which constitutes "selection data representative of a selection of the merchant data," which is received by the TRON dispenser:




***Available at*** **https://www.youtube.com/watch?v=vAZlzFD0ioo**

On information and belief, such "Get Offer" and/or "Buy Now" buttons or comparable functionality exist and are selected by users and received by the TRON dispenser for products or services for sale both by remote merchants operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located and by non-remote merchants.

169. The Accused Products further "provide, within at least one of the one or more display screens and the screen of the customer wireless communications device, data representative of additional information pertaining to the merchant data" as recited by claims 1 and 15 of the '557 Patent. For example, in the same embedded YouTube video on the Consumer page of the 360Fuel website, once the customer selects the "Buy Now" input, "additional information pertaining to the targeted content" is provided in the form of a pop-up screen of a cart that provides "Total Price" information on the Reese's (i.e., the merchant data) as shown below:




*Available at* https://www.youtube.com/watch?v=vAZlzFD0ioo

170. The Accused Products further have "at least one data processor [that] is further programmed to: receive, from the customer, via the one or more display screens or the screen of the customer wireless communications device, data representative of a second selection of the additional information; and provide, within the at least one of the one or more display screens and the screen of the customer wireless communications device, data representative of an order of one or more products or services, wherein the order comprises one or more of a quantity, a price, a payment method and delivery information, determined based on the user profile" as recited by claims 2 and 16 of the '557 Patent. For example, in the same embedded YouTube video on the Consumer page of the 360Fuel website shown immediately above, the pop-up cart screen has a check mark and an "x" button that the customer is invited to press, as shown below, to make their selection of additional information (i.e., to confirm that they would like to add the Reese's to their fuel purchase):



***Available at*** [https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)

In addition, and as mentioned above, in that same "add to cart" screen, a "total price" of the Reese's is provided to the customer determined based on the user profile (as shown in red, below):



***Available at*** [https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)

171. The Accused Products also comprise an "at least one data processor [that] is further programmed to: receive, from the customer, via from the one or more display screens or the screen of the customer wireless communications device, data representative of a confirmation of the order; and modify data representative of a fuel purchase to be paid by the customer based on the order" as recited by claims 3 and 17 of the '557 Patent. For example, in the same embedded YouTube video on the Consumer page of the 360Fuel website shown immediately above, the pop-up cart screen has a check mark and an "x" button that the customer is invited to press, as shown

below, to make their selection of additional information (i.e., to confirm that they would like to add the Reese's to their fuel purchase):




***Available at*** **https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, 360Fuel's LinkedIn page features a July 20, 2024 post in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling and after the customer selected products to add on to their transaction, including an itemized receipt that lists 16.839 gallons of fuel for a total of $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99, as show below. The only way that the TRON fuel dispenser could have arrived at the below screen is if the processor was programmed to modify the fuel purchase to add the customer's ordered products:




***See*** **360Fuel LinkedIn,** https://www.linkedin.com/company/360fuel/posts

172. The Accused Products further constitute a "fuel dispenser" or "electronics module" "wherein the customer-related data comprises one or more payment methods, and the at least one data processor is further programmed to complete the fuel purchase after a fueling session using the one or more payment methods" as recited by claims 4 and 18 of the '557 Patent. For example, 360Fuel repeatedly remarks on the Accused Products' customer rewards feature via a loyalty or rewards account (i.e., some of the customer-related data) in which a customer can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See*** **360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website likewise states that customers get "Rewards on Every Purchase" whereby customers can "[e]arn and ***redeem loyalty points*** on fuel and store purchase for added savings." *See* https://www.360fuel.tech/technology/consumer (emphasis added).

In addition, 360Fuel repeatedly advertises its "Automated Fueling" whereby customers can "[b]egin fueling in under three seconds, minimizing wait times and improving the overall experience" based on its NFC protocol. *See* https://www.360fuel.tech/technology/consumer. 360Fuel's Instagram video dated June 7, 2024 narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits," and therefore likewise confirms that 360Fuel's customer-related data includes a payment method that is programmed to complete the fuel purchase after a fueling session using the one or more payment methods. *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel's website advertises that it uses "customer recognition for payment … to streamline fueling and customer experience, enhancing convenience and efficiency," which, on information and belief, occurs through the customer-related data that is used to complete the fuel purchase after a fueling session using the stored payment information in the customer-related data (i.e., the loyalty user profile):

## 360Fuel Key Differentiators:

- **Customer Recognition for Payment, Fuel Selection, and Merchandising:** Employs patented technology to streamline fueling and customer experience, enhancing convenience and efficiency.
- **Comprehensive Dispensing Capability:** Certified for dispensing a wide range of fuels (Gasoline, Ethanol, Bio-Diesel, Kerosene, and DEF), the system caters to both attended and unattended stations.
- **Enhanced Security and User Experience:** Integration of in-dispenser security cameras and a ballistic touchscreen glass ensures a secure and interactive user interface.
- **Standardized Commerce and Personalization:** The system combines standardized commerce features for ordering with user personalization.
- **Digital Receipt and Notifications:** On-board notification system provides digital receipts, text message and other device notifications.
- **Remote Maintenance and Supportability:** The RMFD includes extensive remote diagnostic and resolution capabilities.

***See* 360Fuel Website (Newsroom), *available at* https://www.360fuel.tech/newsroom/360fuel-achieves-approval-for-first-automated-fueling-system-with-customer-recognition**

173. In addition, the "at least one data processor" of the Accused Products is "further programmed to: provide an electronic receipt to the at least one of the one or more display screens and the screen of the customer wireless communications device, wherein the electronic receipt comprises an itemized summary of the fuel purchase" as recited by claims 5 and 18 of the '557 Patent. For example, 360Fuel's LinkedIn page features a July 20, 2024 post in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling and after the customer selected products to add to their transaction, including an itemized receipt that lists fuel totaling $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99:




***See*** **360Fuel LinkedIn,** https://www.linkedin.com/company/360fuel/posts

174. The Accused Products further comprise a fuel dispenser "wherein the merchant data comprises at least one of a textual description, an image, an audio message and a video" as recited in claim 8 of the '557 Patent. For example, as shown above, the targeted advertisements displayed on the TRON fuel dispenser include both textual descriptions and images as can be seen in the embedded YouTube video on the 360Fuel website Consumer page displaying the TRON fuel dispenser bearing an image of a Reese's and the text "$1.50 King Size," as well as the June 7, 2024 video on 360Fuel's Instagram page that shows a TRON fuel dispenser bearing an image of a bag of Lay's potato chips and the text "Get Lays on all days!" as shown below:




Also *available at* [https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)




**Available at** [https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2](https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2)

175. The Accused Products further comprise a fuel dispenser "wherein the merchant data is determined based on the customer-related data" as recited by claim 9 of the '557 Patent. For example, 360Fuel's website notes that the Accused Products provide a "personalized

experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location," which must be based on a user profile that includes a customer's purchasing preferences and location preference. *See* https://www.360fuel.tech/technology/consumer. 360Fuel's website further highlights as a feature of the TRON fuel dispenser:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website further notes that customers can obtain "personalized promotions" that can be used to reinforce "customer loyalty" via the customer's loyalty user profile:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer "periodic fuel rebates," "customer rewards," and "discounted products" again via a customer's rewards profile:




***See*** **360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

176. The Accused Products further comprise a "fuel dispenser" "wherein the customer wireless communications device is a vehicle or a mobile device" as recited in claim 10 of the '557 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

177. The Accused Products further comprise a fuel dispenser "wherein the customer-related data comprises fueling preferences of the customer and the one or more display screens is further configured to display a fueling preferences screen comprising one or more fuel grade virtual buttons, wherein the one or more fuel grade virtual buttons are determined by the at least one data processer of the fuel dispenser based on fueling preferences," as recited by claim 11 of the '557 Patent. For example, 360Fuel's website states that the Accused Products feature "AI [that] tailors fueling preferences" (https://www.360fuel.tech/technology/consumer) and list in the "Specifications" of the TRON fuel dispenser "360 Technology: Patented frictionless commerce system enabling customers to ***automatically select fuel grade***, pay, and begin fueling in less than 3 seconds." *See* https://360fuel.net/products/fuel-dispensers/TRON.

In addition, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying pre-selected fuel grade virtual buttons based on the customer's preferences (shown in red, below):




**Also *available at* [https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)**

178. The Accused Products likewise include a "fuel dispenser" "wherein a brightness of the one or more display screens is configured to switch between at least a first brightness level and a second brightness level wherein the second brightness level is brighter than the first brightness level" as recited by claim 13 of the '557 Patent. For example, 360Fuel boasts that the TRON fuel dispenser has a touch screen interface that has light and dark mode that automatically adjusts by the time of day as well as by brightness:




***See* 360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Features)**

**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See* 360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

179. The "transceiver" of the Accused Products "communicates via at least one of a Bluetooth protocol, a near field communication protocol, a cellular protocol, a WiFi protocol, and a radio frequency identification (RFID) protocol" as recited by claim 14 of the '557 Patent. For

example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

> **PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

180. The Accused Products include a "fuel dispenser" and an "electronics module" "wherein the data representative of targeted content is provided to the display screen of the customer wireless communications device or the one or more touch-sensitive display screens in a language that is determined based on the customer-related data" as recited in claims 19 and 20 of the '557 Patent. For example, 360Fuel states on its website that:

> **Language Prefrence**
>
> TRON speaks over 15 world languages including: Arabic, Chinese, Dutch, English, French, German, Italian, Japanese, Portuguese, Punjabi, Russian, and Spanish.

***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Features)**

Moreover, 360Fuel's Instagram likewise details the TRON fuel dispenser's touch-sensitive display permits a customer to choose their preferred language:




***See* 360Fuel Instagram at [https://www.instagram.com/reel/DDNKJYuxxuV](https://www.instagram.com/reel/DDNKJYuxxuV)**

181. Accordingly, the Accused Products directly infringe at least claims 1–5, 8–11, and 13–20 of the '557 Patent pursuant to 35 U.S.C. § 271(a) without the consent, approval, or a license from Wayne.

182. Prosperie has also directly infringed, and on information and belief, continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '557 Patent—including, without limitation, claims 1–5, 8–11, and 13–20—pursuant to 35 U.S.C. § 271(a) by, without authority, using the Accused Products in the United States. For example, as recited above, Prosperie can be seen on 360Fuel's public Instagram using the Accused Products:




*See* 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post); *see also* 360Fuel Instagram, *available at* https://www.instagram.com/reel/DJrMUyFpR9s/ (May 15, 2025 post with the caption reading, in part "Our CEO put it [*i.e.*, the TRON fuel dispenser] to the test!" and showing Prosperie using the TRON fuel dispenser); 360Fuel Instagram, *available at* https://www.instagram.com/reel/DFu4wChuUIv/ (February 6, 2025 post in which Prosperie is seen using the TRON fuel dispenser and highlights certain features including the "day time and night time mode" and multiple languages).

183. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the '557 Patent pursuant to 35 U.S.C. § 271(b) by inducing others including 360Fuel to directly infringe the '557 Patent, either literally or under the doctrine of equivalents, by using his influence as a controlling officer, director, and/or manager of 360Fuel to induce 360Fuel into making, using, selling, offering to sell, and/or importing into the United States the Accused Products. Prosperie has also taken active steps with the specific intent to cause 360Fuel to make, use, sell, offer to sell, and/or import into the United States the Accused Products in a manner that infringes one or more

claims of the ’557 Patent, including, without limitation, claims 1–5, 8–11, and 13–20. Such steps by Prosperie have included, among other things, controlling, advising, and/or directing 360Fuel to make, use, sell, offer to sell and/or import into the United States the Accused Products in an infringing manner; and/or advertising and promoting the use of the Accused Products in an infringing manner. *See, e.g.*, 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post in which Prosperie takes users “through an automated payment transaction” on the TRON fuel dispenser and with the caption “Meet the future of fueling with Werlien Prosperie III, our CEO, as he demonstrates the TRON fuel dispenser.”). Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. Since at least the filing of this Complaint, Prosperie has actual knowledge of the ’557 Patent, of the fact that the induced acts constitute infringement, and of the fact that the normal and customary use of the Accused Products by others would infringe the ’557 Patent. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

184. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the ’557 Patent pursuant to 35 U.S.C. § 271(c) by contributing to the direct infringement of the ’557 Patent by others including 360Fuel, either literally or under the doctrine of equivalents. Prosperie, as a controlling officer, director, and/or manager of 360Fuel participates in and contributes to 360Fuel’s making, using, selling, offering to sell, and/or importing into the United States the Accused Products. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe one or more claims of the ’557 Patent, including, without limitation, claims 1–5, 8–11,

and 13–20. The special features constitute a material part of the invention of one or more claims of the ’557 Patent, including, without limitation, claims 1–5, 8–11, and 13–20, and are not staple articles of commerce suitable for any substantial non-infringing use. Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. At least as of the date of this Complaint, Prosperie has actual knowledge of the ’557 Patent and of the fact that 360Fuel’s making, using, selling, offering to sell and/or importing into the United States the Accused Products constitutes infringement of the ’557 Patents. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

185. Since at least the filing of this Complaint, Defendants’ continued actions in making, using, selling, offering to sell, and/or importing into the United States the Accused Products are willful, intentional, deliberate, and/or in conscious disregard of Wayne’s rights under the ’557 Patent.

186. As a result of Defendants’ infringement, Wayne is suffering irreparable harm for which it has no adequate remedy at law. Unless enjoined by this Court, Defendants’ infringement will continue and will result in further irreparable harm to Wayne.

187. Wayne is entitled to recover damages from Defendants not less than the profits lost by Wayne due to Defendants’ infringement. In the alternative, Wayne is entitled to recover damages from Defendants in an amount not less than a reasonable royalty adequate to compensate for the infringement.

## COUNT V
## INFRINGEMENT OF U.S. PATENT NO. 12,229,842

188. Wayne realleges and incorporates by reference herein the allegations in each of the preceding paragraphs of this Complaint as if fully set forth herein.

189. On February 18, 2025, U.S. Patent No. 12,229,842 ("the '842 Patent") was duly and legally issued by the U.S. Patent and Trademark Office to John Joseph Morris, Scott R. Negley, III, Annika Birkler, Richard Carlsson, Patrick Jeitler, and Randal S. Kretzler, and is entitled "Intelligent Fuel Dispensers." A true and correct copy of the '842 Patent is attached as **Exhibit 5**. The '842 Patent is presumed valid pursuant to 35 U.S.C. § 282.

190. All right, title, and interest in the '842 Patent are assigned to Wayne Fueling Systems LLC.

191. 360Fuel has directly infringed and continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '842 Patent—including, without limitation, claims 1–19—pursuant to 35 U.S.C. § 271(a) by, without authority, making, using, selling, offering to sell, and/or importing into the United States the Accused Products.

192. For example, the Accused Products comprise "a fuel dispenser," as recited by the preamble of claims 1 and 19 of the '842 Patent. For example, the Accused Products include a fuel dispenser:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

193. The Accused Products comprise "[a]n electronics module for a fuel dispenser, comprising" as recited by claim 13 of the '842 Patent. For example, the Accused Products include a fuel dispenser that contains an electronics module, at least as illustrated below:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

194. The Accused Products comprise "a housing comprising fuel dispensing components disposed therein" as recited by claims 1 and 19 of the '842 Patent. For example, the TRON fuel dispenser contains a steel housing, a fuel nozzle, and other fuel dispensing components as shown in the images below:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

195. The Accused Products comprise "one or more display screens, wherein a brightness of the one or more display screens is configured to switch between at least a first brightness level and a second brightness level wherein the second brightness level is brighter than the first brightness level" as recited by claims 1, 13, and 19 of the '842 Patent. For example, 360Fuel boasts that the TRON fuel dispenser has a touch screen interface that has light and dark mode that automatically adjusts by the time of day as well as by brightness:

**32" Touchscreen Interface**

Easy to use touchscreen interface for frictionless transaction flows, enhanced user experience, product/service ordering, and customization.

**High-Bright Display**

2,000 nits high-bright display ensures maximum daylight readability in direct sunlight, automatically adjusts by time of day and ambient

**Light/Dark Mode**

Automatic switching between light and dark mode by time of day and weather condition, mode fully customizable by customer preference.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

196. The Accused Products comprise "a transceiver capable of establishing a communication session with a customer wireless communications device and of receiving, from the customer wireless communications device, identity data indicative of identity information of a customer" as recited in claims 1, 13 and 19 of the '842 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives identity data from a customer's wireless device:




***See* http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

> **PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See* https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

Moreover, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and being fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, the aforementioned "identification" step occurs as a result of the TRON transceiver with NFC protocol receiving, from the customer's wireless device, some identity data indicative of identity information of a customer, for example, a digital wallet.

197. The Accused Products comprise "at least one data processor operatively coupled to the one or more display screens and the transceiver programmed to" as recited by claims 1, 13, and 19 of the '842 Patent, and to "receive the identity data; transmit the identity data to a server communicatively coupled to the at least one data processor" as recited in claims 1 and 13 of the '842 Patent. For example, 360 Fuel advertises its product as "one vertically integrated AI + IOT [internet of things] Platform" and states, in its handouts, that "360Fuel is an AI- and IoT-enabled platform connecting suppliers, retailers, and customers to deliver industry-leading customer experience and operational automation end-to-end." *See* **Exhibit 10** (360Fuel NACS Handout). Moreover, 360Fuel likewise advertises that its system has a "Site Control + Wireless Site Controller III [that] connects fueling, payments, loyalty, reporting and inventory [and] Industrial

Wireless Ethernet links site hardware." *Id*. The 360Fuel website also boasts a 360Fuel system platform that directly links the TRON fuel dispenser with a site controller and the 360Fuel Cloud:




***See* 360Fuel Website, [https://360fuel.net/platform/System](https://360fuel.net/platform/System)**

In addition, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and being fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, after the TRON fuel dispenser's transceiver receives—via NFC protocol—the identity information in the form of a digital wallet identifier, it transmits that information to a server coupled to the data processer.

198. The Accused Products further "receive profile data representative of a user profile from the server, wherein the user profile comprises customer-related data comprising earned customer loyalty rewards data and one or more payment methods" as recited by claims 1 and 13,

and "receive data representative of a user profile, wherein the user profile comprises customer-related data comprising earned customer loyalty rewards data and one or more payment methods" as recited by claim 19 of the '842 Patent. For example, 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location," which must be based on a user profile that includes a customer's purchasing preferences and location preference. *See* https://www.360fuel.tech/technology/consumer. What is more, 360Fuel further states on the "Consumer" page of its website that customers can "earn and redeem loyalty points on fuel and store purchases for added savings," necessarily requiring that customers have loyalty accounts that include their user data. *Id*. 360Fuel's Consumer page of its website further includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying said user loyalty profile that comprises customer-related data including the customer's reward balance, which is their "earned customer loyalty rewards data" (highlighted in the red box, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in a video on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and being fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. In the video, the customer's loyalty profile (i.e., a user profile comprised of customer-related data) is returned and displayed on the TRON display screen, including the customer's name, photograph, and "Reward Balance" (highlighted in the red box, below):




Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON.

Moreover, 360Fuel's Facebook profile highlights that its TRON fuel dispenser tracks and displays on its display screen a user's customer rewards profile, including their earned reward balance:




**360Fuel Facebook, Sept. 15, 2022 Post, *available at* https://www.facebook.com/360FuelCorp/posts/pfbid0s5yH45pj7mha6eyixN6yxLL3ct1jQzM1iX3uVFHjpNbLyxW4HSgAxb5ZS3jxZpyLl**

199. The Accused Products additionally "provide, for display by the one or more display screens, data representative of a fueling purchase and the customer's earned loyalty rewards or the one or more payment methods in a language of a plurality of languages" as recited by claims 1, 13, and 19 of the '842 Patent. For example, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying the customer's reward balance (i.e., their "earned customer loyalty rewards") simultaneously with data representative of their fueling purchase, for example as shown below, an ongoing fueling session that thus far shows they have discharged 0.05 gallons of fuel for a total of $0.10 (highlighted in the red box, below):




Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo

In addition, 360Fuel's LinkedIn page features a July 20, 2024 post in which 360Fuel shows the TRON fuel dispenser's touchscreen that simultaneously shows the user's earned customer loyalty rewards balance of 201.35 along with data from his fueling purchase, including the cost of his fuel at $72.39 for 16.839 gallons, Doritos at $1.79, and Dasani at $2.99 for a total of $77.17:




*See* **360Fuel Instagram,** https://www.linkedin.com/company/360fuel/posts

In addition, although the above screens are shown in English, 360Fuel states on its website that:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

Moreover, 360Fuel's Instagram likewise details the TRON fuel dispenser's touch-sensitive display permits a customer to choose their preferred language:




***See*** **360Fuel Instagram, https://www.instagram.com/reel/DDNKJYuxxuV**

200. The Accused Products further "receive, from the customer, data representative of an input of a preferred payment method of the one or more payment methods or a new payment method; and complete a payment of the fueling purchase using the one or more payment methods"

as recited by claims 1, 13, and 19 of the ’842 Patent. For example, 360Fuel repeatedly remarks on the Accused Products’ customer rewards feature via a loyalty or rewards account (i.e., some of the customer-related data) in which a customer can obtain “fuel cash” that can be used to pay, in part, for fuel purchases:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website likewise states that customers get “Rewards on Every Purchase” whereby customers can “[e]arn and redeem loyalty points on fuel and store purchase for added savings.” *See* https://www.360fuel.tech/technology/consumer.

In addition, 360Fuel repeatedly advertises its “Automated Fueling” whereby customers can “[b]egin fueling in under three seconds, minimizing wait times and improving the overall experience” based on its NFC protocol. *See* https://www.360fuel.tech/technology/consumer. 360Fuel’s Instagram video dated June 7, 2024 narrates that “automated payment transaction on the TRON fuel dispenser” where “users -- they’re able to walk up to the fuel dispenser and being fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I’m getting tailored content that’s geared around my purchase and buying habits,” and therefore likewise confirms that 360Fuel’s customer-related data includes a payment method that is programmed to execute the purchase using that payment method after completion of the fueling session. *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel’s Instagram page, in a caption dated November 22, 2025, states that customers can “pull up, pay, and fuel in seconds” based on information that would, necessarily, be received by the TRON dispenser from the customer, on information and belief, through the

customer's NFC digital wallet. *See* https://www.instagram.com/p/DRXGjBcDjeR/; https://360fuel.net/products/fuel-dispensers/TRON (listing "NFC Contactless Payment" as one of the Payment System[s] in the TRON's Specifications).

201. The "at least one data processor" of the Accused Products is "further programmed to modify the data representative of the fueling purchase based on a price discount to be deducted from the fueling purchase" as recited in claims 2 and 14 of the '842 Patent. For example, the 360Fuel website states that the Accused Products offer "Dynamic Promotion" wherein customers can "[u]nlock real-time discounts and exclusive deals based on purchasing habits and location" and get "Rewards on Every Purchase" whereby customers can "***[e]arn and redeem loyalty points on fuel*** and store purchase for added savings." *See* 360Fuel website, *available at* https://www.360fuel.tech/technology/consumer (emphasis added). The 360Fuel website further notes that customers can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:


Customer Rewards
Incentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with personalized promotions and fuel cash.

***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer customer rewards, including "periodic fuel rebates" and "discounted products" as shown below:




***See* 360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

On information and belief, for a customer to apply the fuel cash or redeem loyalty points on fuel and other purchases as discussed in 360Fuel's promotional materials, the Accused Products would necessarily need to receive selection data representative of that discount and would also necessarily modify the purchase price to be paid by the customer at the fuel dispenser.

202. In the Accused Products a "price discount is determined based on the customer's earned loyalty rewards" as recited by claims 3 and 15 of the '842 Patent. For example, the 360Fuel website states that the Accused Products offer "Rewards on Every Purchase" whereby customers can "[e]arn and redeem loyalty points on fuel and store purchase for added savings." *See* 360Fuel website, *available at* https://www.360fuel.tech/technology/consumer (emphasis added). The 360Fuel website further notes that customers can obtain "fuel cash" through their "Customer Rewards" that can be used to pay, in part, for fuel purchases:




***See*** **360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer customer "rewards accrual on every type of purchase," including "periodic fuel rebates" and "discounted products," as shown below, which are earned through the customer's loyalty rewards:




***See*** **360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

203. The "at least one data processor" of the Accused Products is "further programmed to provide, within at least one of the one or more display screens and the screen of the customer wireless communications device, data representative of one or more products or services for sale by a remote merchant operating at a location that differs from a location at a retail fueling facility

at which the fuel dispenser is located" as recited by claim 4 of the '842 Patent. For example, For example, 360Fuel's Instagram features a post from April 25, 2025 showing an image of the TRON fuel dispenser's touchscreen and stating "360Fuel's user-friendly platform helps retailers and advertisers deliver [via the TRON display] personalized promotions that increase product awareness…":




***See* 360Fuel Instagram, https://www.instagram.com/reel/DI3iAxdo9NX/**

In addition, 360Fuel 60Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location." *See* https://www.360fuel.tech/technology/consumer.

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser"

where "users -- they're able to walk up to the fuel dispenser and being fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON. The 360Fuel Website "Features" page also states that through "Forecourt Ordering," "[p]roducts and services ordered during fueling are fully customizable, TRON AI automatically adapts order options for known customers." *Id.*

Additionally, 360Fuel's website makes the following statements, which, when taken together, indicate that the TRON fuel dispenser offers products and/or services for sale by a "remote merchant" operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located in the same manner as that on the TRON fuel dispenser as discussed above:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**






***See*** **360Fuel website, *available at* [https://www.360fuel.tech/technology/consumer](https://www.360fuel.tech/technology/consumer)**

204. The Accused Products further "receive, from the customer, via the one or more display screens or the screen of the customer wireless communications device, selection data representative of a selection of the one or more products or services," as recited by claim 4 of the '842 Patent. For example, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying the Reese's offer mentioned above and listing two options—"Get Offer" and "Buy Now":




**Also *available at* [https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)**

In the video, the customer can be seen selecting the "Buy Now" input, which constitutes "selection data representative of a selection of the merchant data," which is received by the TRON dispenser:




***Available at*** **https://www.youtube.com/watch?v=vAZlzFD0ioo**

On information and belief, such "Get Offer" and/or "Buy Now" buttons or comparable functionality exist and are selected by users and received by the TRON dispenser for products or services for sale both by remote merchants operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located and by non-remote merchants.

205. The Accused Products further "modify data representative of the fueling purchase based on the one or more products or services," as recited by claim 4 of the '842 Patent. For example, in the same embedded YouTube video on the Consumer page of the 360Fuel website, once the customer selects the "Buy Now" input, the customer is provided with the "Total Price" of the product (there, a Reese's) and presented with a checkmark and an X to confirm the purchase as shown below:



***Available at*** **[https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)**

The customer then clicks the checkmark (as shown below) to confirm they wish to purchase the product or service (again, here a Reese's), and, on information and belief, the fueling purchase is modified to add the product or service selected by the customer.



***Available at*** **[https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)**

In addition, 360Fuel's LinkedIn page features a July 20, 2024 post in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling and after the customer selected products to add on to their transaction, including an itemized receipt that lists 16.839 gallons of fuel for a total of $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99, as show below. The only way that the TRON fuel dispenser could have arrived at the below screen is if the processor was programmed to modify the fuel purchase to add the customer's ordered products:




***See*** **360Fuel Instagram,** https://www.linkedin.com/company/360fuel/posts

On information and belief, such "Get Offer" and/or "Buy Now" buttons or comparable functionality exist and are selected by users and received by the TRON dispenser for products or services for sale both by remote merchants operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located and by non-remote merchants.

206. The "modified data representative of the fueling purchase" of the Accused Products "comprises data representative of an order of the one or more products or services, wherein the order comprises one or more of a quantity, a price and delivery information, determined based on the user profile" as recited in claim 5 of the '842 Patent. For example, in the same embedded YouTube video on the Consumer page of the 360Fuel website shown immediately above, the pop-up cart screen includes a "total price" of the Reese's, which is provided to the customer determined based on the user profile (as shown in red, below):




***Available at*** **https://www.youtube.com/watch?v=vAZlzFD0ioo**

207. In addition, the "at least one data processor" of the Accused Products is "further programmed to: provide an electronic receipt to the at least one of the one or more display screens and the screen of the customer wireless communications device, wherein the electronic receipt comprises an itemized summary of the payment" as recited by claims 6 and 16 of the '842 Patent. For example, 360Fuel's LinkedIn page features a July 20, 2024 post in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling and after the customer selected products to add to their transaction, including an itemized receipt that lists fuel totaling $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99:



***See* 360Fuel Instagram,** https://www.linkedin.com/company/360fuel/posts

208. The Accused Products further feature an "electronic receipt [that] further comprises a personalized message determined by the at least one data processer based on the user profile" as recited by claims 7 and 17 of the '842 Patent. For example, in the same screen shown immediately above, the electronic receipt displayed on the TRON's touchscreen includes the message "Hello Werlien!" along with an image of the user, both of which are based on the user profile. *See* https://www.linkedin.com/company/360fuel/posts.

209. The Accused Products further feature an "electronic receipt [that] further comprises data representative of additional earned customer loyalty rewards determined based on the fueling purchase" as recited by claim 8 of the '842 Patent. For example, in the same screen shown immediately above, the electronic receipt displayed on the TRON's touchscreen includes the customer's reward balance. *See* https://www.linkedin.com/company/360fuel/posts. Moreover, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer "periodic

fuel rebates," "customer rewards," and "discounted products" via a customer's rewards profile that are earned on "every type of purchase," including the fueling purchase:




***See*** **360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

On information and belief, the rewards balance displayed on the electronic receipt shown above would display the updated customer loyalty rewards balance that includes the most recent transaction.

210. On information and belief, the Accused Products additionally feature an "electronic receipt [that] further comprises data representative of a price discount for one or more products or services for sale by a remote merchant operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located" as recited by claims 9 and 18 of the '842 Patent. For example, the 360Fuel website states that the Accused Products offer "Dynamic

Promotion" wherein customers can "[u]nlock real-time discounts and exclusive deals based on purchasing habits and location" and get "Rewards on Every Purchase" whereby customers can "[e]arn and redeem loyalty points on fuel and store purchase for added savings." *See* 360Fuel website, *available at* https://www.360fuel.tech/technology/consumer. These loyalty points are necessarily tied to customer-related data, i.e., the customer's loyalty rewards account. In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer rewards and "discounted products" for customers through a "[p]ersonalized customer experience:"




***See* 360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

On information and belief, any such price discounts would be included in the electronic receipt.

In addition, 360Fuel's website makes the following statements, which, when taken together, indicate that the TRON fuel dispenser offers product and/or service discounts for a "remote merchant" operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located:

**Forecourt Ordering**

Products and services ordered during fueling are fully customizable, TRON AI automatically adapts order options for known customers.

***See*** **360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

**Dynamic Promotion**

Unlock real-time discounts and exclusive deals based on purchasing habits and location.

**Marketplace Access**

Discover a wide range of offers, bundled deals, and third-party services within the 360Fuel ecosystem.

***See*** **360Fuel website, *available at* https://www.360fuel.tech/technology/consumer**

On information and belief, such "Get Offer" and/or "Buy Now" buttons or comparable functionality exist and are selected by users and received by the TRON dispenser for products or services for sale both by remote merchants operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located and by non-remote merchants.

211. On information and belief, the Accused Products further comprise an "electronic receipt [that] is stored in the user profile" as recited in claim 10 of the '842 Patent. For example, 360Fuel notes on its website:

**Digital Receipts**

Instantly receive electronic receipts for easy tracking of purchases.

***See*** **360Fuel website, *available at* https://www.360fuel.tech/technology/consumer**

360Fuel's website additionally states:

## 360Fuel Key Differentiators:

- **Customer Recognition for Payment, Fuel Selection, and Merchandising:** Employs patented technology to streamline fueling and customer experience, enhancing convenience and efficiency.
- **Comprehensive Dispensing Capability:** Certified for dispensing a wide range of fuels (Gasoline, Ethanol, Bio-Diesel, Kerosene, and DEF), the system caters to both attended and unattended stations.
- **Enhanced Security and User Experience:** Integration of in-dispenser security cameras and a ballistic touchscreen glass ensures a secure and interactive user interface.
- **Standardized Commerce and Personalization:** The system combines standardized commerce features for ordering with user personalization.
- **Digital Receipt and Notifications:** On-board notification system provides digital receipts, text message and other device notifications.
- **Remote Maintenance and Supportability:** The RMFD includes extensive remote diagnostic and resolution capabilities.

***See* 360Fuel Website (Newsroom), *available at* https://www.360fuel.tech/newsroom/360fuel-achieves-approval-for-first-automated-fueling-system-with-customer-recognition**

212. The Accused Products also comprise a "fuel dispenser" "wherein the customer wireless communications device is a vehicle or a mobile device" as recited in claim 11 of the '842 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

> **PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

213. The Accused Products further comprise a "fuel dispenser" "wherein the electronic receipt is provided to the customer wireless communications device via at least one of a text message and an email" as recited by claim 12 of the '842 Patent. For example, 360Fuel's LinkedIn page features a July 20, 2024 post in which 360Fuel shows the TRON fuel dispenser's touchscreen after fueling and the customer selected products to add on to their transaction, including an itemized receipt that lists fuel in the amount of $72.39, Doritos (x1) for $1.79, and Dasani water (x1) for $2.99. The image of the TRON touchscreen asks the user whether they would like their receipt texted to them or printed in-store:




***See*** **360Fuel Instagram:** https://www.linkedin.com/company/360fuel/posts

214. Accordingly, the Accused Products directly infringe at least claims 1–19 of the ’842 Patent pursuant to 35 U.S.C. § 271(a) without the consent, approval, or a license from Wayne.

215. Prosperie has also directly infringed, and on information and belief, continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the ’842 Patent—including, without limitation, claims 1–19—pursuant to 35 U.S.C. § 271(a) by, without authority, using the Accused Products in the United States. For example, as recited above, Prosperie can be seen on 360Fuel’s public Instagram using the Accused Products:




*See* 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post); *see also* 360Fuel Instagram, *available at* https://www.instagram.com/reel/DJrMUyFpR9s/ (May 15, 2025 post with the caption reading, in part "Our CEO put it [*i.e.*, the TRON fuel dispenser] to the test!" and showing Prosperie using the TRON fuel dispenser); 360Fuel Instagram, *available at* https://www.instagram.com/reel/DFu4wChuUIv/ (February 6, 2025 post in which Prosperie is seen using the TRON fuel dispenser and highlights certain features including the "day time and night time mode" and multiple languages).

216. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the '842 Patent pursuant to 35 U.S.C. § 271(b) by inducing others including 360Fuel to directly infringe the '842 Patent, either literally or under the doctrine of equivalents, by using his influence as a controlling officer, director, and/or manager of 360Fuel to induce 360Fuel into making, using, selling, offering to sell, and/or importing into the United States the Accused Products. Prosperie has also taken active steps with the specific intent to cause 360Fuel to make, use, sell, offer to sell, and/or import into the United States the Accused Products in a manner that infringes one or more

claims of the ’842 Patent, including, without limitation, claims 1–19. Such steps by Prosperie have included, among other things, controlling, advising, and/or directing 360Fuel to make, use, sell, offer to sell and/or import into the United States the Accused Products in an infringing manner; and/or advertising and promoting the use of the Accused Products in an infringing manner. *See, e.g.*, 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post in which Prosperie takes users “through an automated payment transaction” on the TRON fuel dispenser and with the caption “Meet the future of fueling with Werlien Prosperie III, our CEO, as he demonstrates the TRON fuel dispenser.”). Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. Since at least the filing of this Complaint, Prosperie has actual knowledge of the ’842 Patent, of the fact that the induced acts constitute infringement, and of the fact that the normal and customary use of the Accused Products by others would infringe the ’842 Patent. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

217. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the ’842 Patent pursuant to 35 U.S.C. § 271(c) by contributing to the direct infringement of the ’842 Patent by others including 360Fuel, either literally or under the doctrine of equivalents. Prosperie, as a controlling officer, director, and/or manager of 360Fuel participates in and contributes to 360Fuel’s making, using, selling, offering to sell, and/or importing into the United States the Accused Products. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe one or more claims of the ’842 Patent, including, without limitation, claims 1–19. The

special features constitute a material part of the invention of one or more claims of the ’842 Patent, including, without limitation, claims 1–19, and are not staple articles of commerce suitable for any substantial non-infringing use. Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. At least as of the date of this Complaint, Prosperie has actual knowledge of the ’842 Patent and of the fact that 360Fuel’s making, using, selling, offering to sell and/or importing into the United States the Accused Products constitutes infringement of the ’842 Patents. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

218. Since at least the filing of this Complaint, Defendants’ continued actions in making, using, selling, offering to sell, and/or importing into the United States the Accused Products are willful, intentional, deliberate, and/or in conscious disregard of Wayne’s rights under the ’842 Patent.

219. As a result of Defendants’ infringement, Wayne is suffering irreparable harm for which it has no adequate remedy at law. Unless enjoined by this Court, Defendants’ infringement will continue and will result in further irreparable harm to Wayne.

220. Wayne is entitled to recover damages from Defendants not less than the profits lost by Wayne due to Defendants’ infringement. In the alternative, Wayne is entitled to recover damages from Defendants in an amount not less than a reasonable royalty adequate to compensate for the infringement.

## COUNT VI
## INFRINGEMENT OF U.S. PATENT NO. 12,248,996

221. Wayne realleges and incorporates by reference herein the allegations in each of the preceding paragraphs of this Complaint as if fully set forth herein.

222. On March 11, 2025, U.S. Patent No. 12,248,996 ("the '996 Patent") was duly and legally issued by the U.S. Patent and Trademark Office to John Joseph Morris, Scott R. Negley, III, Annika Birkler, Richard Carlsson, Patrick Jeitler, and Randal S. Kretzler, and is entitled "Intelligent Fuel Dispensers." A true and correct copy of the '996 Patent is attached as **Exhibit 6**. The '996 Patent is presumed valid pursuant to 35 U.S.C. § 282.

223. All right, title, and interest in the '996 Patent are assigned to Wayne Fueling Systems LLC.

224. 360Fuel has directly infringed and continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '996 Patent—including, without limitation, claims 1–2, 4–8, 10–11, and 13–18—pursuant to 35 U.S.C. § 271(a) by, without authority, making, using, selling, offering to sell, and/or importing into the United States the Accused Products.

225. For example, the Accused Products constitute "a fuel dispenser," as recited by the preamble of claims 1 and 18 of the '996 Patent. For example, the Accused Products include a fuel dispenser:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

226. The Accused Products comprise "[a]n electronics module for a fuel dispenser, comprising" as recited by claim 10 of the '996 Patent. For example, the Accused Products include a fuel dispenser that contains an electronics module, at least as illustrated below:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

227. The Accused Products comprise "a housing comprising fuel dispensing components disposed therein" as recited by claims 1 and 18 of the '996 Patent. For example, the TRON fuel dispenser contains a steel housing, a fuel nozzle, and other fuel dispensing components as shown in the images below:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON**




***See* [http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

228. The Accused Products have "one or more touch-sensitive display screens" as recited by claims 1, 10, and 18 of the '996 Patent. For example, the 360Fuel website advertises that the TRON fuel dispenser has a 32" touchscreen interface as a "Feature" or "Specification" as follows:

32" Touchscreen Interface

Easy to use touchscreen interface for frictionless transaction flows, enhanced user experience, product/service ordering, and customization.

***See* 360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Features)**

**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See* 360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

229. The Accused Products comprise "a transceiver capable of establishing a communication session with a customer wireless communications device and of receiving, from the customer wireless communications device, identity data representative of identity information of a customer" as recited in claims 1, 10, and 18 of the '996 Patent. For example, the TRON fuel

dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's wireless device:




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

Moreover, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, the aforementioned "identification" step occurs as a result of the TRON transceiver with NFC protocol receiving, from the customer's

wireless device, some identity data representative of identity information of a customer, for example, a digital wallet.

230. The Accused Products comprise "at least one data processor operatively coupled to the one or more display screens and the transceiver and programmed to" as recited by claims 1, 10, and 18 of the '996 Patent, and to "receive the identity data; transmit the identity data to a server communicatively coupled to the at least one data processor" as recited in claims 1 and 10 of the '996 Patent. For example, 360 Fuel advertises its product as "one vertically integrated AI + IOT [internet of things] Platform" and states, in its handouts, that "360Fuel is an AI- and IoT-enabled platform connecting suppliers, retailers, and customers to deliver industry-leading customer experience and operational automation end-to-end." *See* **Exhibit 10** (360Fuel NACS Handout). Moreover, 360Fuel likewise advertises that its system has a "Site Control + Wireless Site Controller III [that] connects fueling, payments, loyalty, reporting and inventory [and] Industrial Wireless Ethernet links site hardware." *Id*. The 360Fuel website also boasts a 360Fuel system platform that directly links the TRON fuel dispenser with a site controller and the 360Fuel Cloud:




***See*** **360Fuel Website, https://360fuel.net/platform/System**

In addition, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and being fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, after the TRON fuel dispenser's transceiver receives—via NFC protocol—the identity information in the form of a digital wallet identifier, it transmits that information to a server coupled to the data processer.

231. The Accused Products further "receive profile data representative of a user profile from the server, wherein the user profile comprises customer-related data comprising one or more fueling preferences" and "provide, for display by the one or more touch-sensitive display screens, a fueling preferences interface comprising one or more fuel grade virtual buttons, wherein the one or more fuel grade virtual buttons are determined based on data representative of the one or more

fueling preferences" as recited by claims 1, 10, and 18 of the '996 Patent. For example, 360Fuel's website states that the Accused Products feature "AI [that] tailors fueling preferences" (https://www.360fuel.tech/technology/consumer) and list in the "Specifications" of the TRON fuel dispenser "360 Technology: Patented frictionless commerce system enabling customers to ***automatically select fuel grade***, pay, and begin fueling in less than 3 seconds." *See* https://360fuel.net/products/fuel-dispensers/TRON.

In addition, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen provides one or more fuel grade virtual buttons based on the customer's fueling preferences (shown in red, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

Moreover, 360Fuel's Instagram post from November 28, 2025 shows an example of the fuel grade virtual buttons on the TRON fuel dispenser display screen:




***See*** **360Fuel Instagram,** ***available at*** **[https://www.instagram.com/p/DRm8yB4jhK9/](https://www.instagram.com/p/DRm8yB4jhK9/)**

232. The Accused Products further "receive, from the one or more touch-sensitive display screens, selection data representative of a selection of a fuel grade virtual button of the one or more fuel grade virtual buttons" as recited by claims 1, 10, and 18 of the '996 Patent. For example, in the image immediately above, a user must select on the touch screen one of the three listed fuel grades for fueling to begin.

233. The Accused Products further "provide, for display by the one or more touch-sensitive display screens, a fueling interface to replace the fueling preferences interface, wherein the fueling interface comprises fueling progress information" as recited by claims 1, 10, and 18 of

the '996 Patent. For example, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen replaces the fuel grade virtual buttons (as shown above) with a fueling interface screen that lists the dollar amount and the amount of fuel dispensed, once the user selects the fuel grade:




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

This screen is updated as the user fuels with fueling progress information, as shown below:




234. The Accused Products further comprise a "fuel dispenser" or "electronics module" "wherein the customer wireless communications device is a vehicle or a mobile device" as recited

by claims 2 and 11 of the ’996 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer’s mobile phone:




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

235. The Accused Products further constitute a “fuel dispenser” or “electronics module” “wherein the user profile comprises one or more payment methods” as recited by claims 4, 5, 13, and 14 of the ’996 Patent, and wherein “the at least one data processor is further programmed to complete a payment of a fuel purchase using the one or more payment methods” as recited by claims 4 and 13 of the ’996 Patent. For example, 360Fuel repeatedly remarks on the Accused Products’ customer rewards feature via a loyalty or rewards account (i.e., their user profile) in which a customer can obtain “fuel cash” that can be used to pay, in part, for fuel purchases:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website likewise states that customers get "Rewards on Every Purchase" whereby customers can "[e]arn and ***redeem loyalty points*** on fuel and store purchase for added savings." *See* https://www.360fuel.tech/technology/consumer (emphasis added).

In addition, 360Fuel repeatedly advertises its "Automated Fueling" whereby customers can "[b]egin fueling in under three seconds, minimizing wait times and improving the overall experience" based on its NFC protocol. *See* https://www.360fuel.tech/technology/consumer. 360Fuel's Instagram video dated June 7, 2024 narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits," and therefore likewise confirms that 360Fuel's customer-related data includes a payment method that is programmed to complete the fuel purchase after a fueling session using the one or more payment methods. *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel's website advertises that it uses "customer recognition for payment … to streamline fueling and customer experience, enhancing convenience and efficiency," which, on information and belief, occurs through the customer-related data that is used to complete the fuel purchase after a fueling session using the stored payment information in the customer-related data (i.e., the loyalty user profile):

## 360Fuel Key Differentiators:

- **Customer Recognition for Payment, Fuel Selection, and Merchandising:** Employs patented technology to streamline fueling and customer experience, enhancing convenience and efficiency.
- **Comprehensive Dispensing Capability:** Certified for dispensing a wide range of fuels (Gasoline, Ethanol, Bio-Diesel, Kerosene, and DEF), the system caters to both attended and unattended stations.
- **Enhanced Security and User Experience:** Integration of in-dispenser security cameras and a ballistic touchscreen glass ensures a secure and interactive user interface.
- **Standardized Commerce and Personalization:** The system combines standardized commerce features for ordering with user personalization.
- **Digital Receipt and Notifications:** On-board notification system provides digital receipts, text message and other device notifications.
- **Remote Maintenance and Supportability:** The RMFD includes extensive remote diagnostic and resolution capabilities.

***See*** **360Fuel Website (Newsroom),** ***available at*** **https://www.360fuel.tech/newsroom/360fuel-achieves-approval-for-first-automated-fueling-system-with-customer-recognition**

236. The Accused Products further "receive, from the one or more display screens or the screen of the customer wireless communications device, data representative of an input of a preferred payment method of the one or more payment methods or a new payment method; and complete a payment of a fueling purchase based on the input" as recited by claims 5 and 14 of the '996 Patent. For example, 360Fuel repeatedly remarks on the Accused Products' customer rewards feature via a loyalty or rewards account (i.e., some of the customer-related data) in which a customer can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:

**Customer Rewards**

Incentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with personalized promotions and fuel cash.

***See*** **360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website likewise states that customers get "Rewards on Every Purchase" whereby customers can "[e]arn and redeem loyalty points on fuel and store purchase for added savings." *See* https://www.360fuel.tech/technology/consumer.

In addition, 360Fuel repeatedly advertises its "Automated Fueling" whereby customers can "[b]egin fueling in under three seconds, minimizing wait times and improving the overall experience" based on its NFC protocol. *See* https://www.360fuel.tech/technology/consumer. 360Fuel's Instagram video dated June 7, 2024 narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and being fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits," and therefore likewise confirms that 360Fuel's customer-related data includes a payment method that is programmed to execute the purchase using that payment method after completion of the fueling session. *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel's Instagram page, in a caption dated November 22, 2025 states that customers can "pull up, pay, and fuel in seconds" based on information that would, necessarily, be received by the TRON dispenser from the customer, on information and belief, through the customer's NFC digital wallet. *See* https://www.instagram.com/p/DRXGjBcDjeR/; https://360fuel.net/products/fuel-dispensers/TRON (listing "NFC Contactless Payment" as one of the Payment System[s] in the TRON's Specifications).

237. The Accused Products further comprise "at least one of the fueling preferences interface and the fueling interface further comprise a personalized message determined by the at least one data processor based on the user profile" as recited by claims 6 and 15 of the '996 Patent. For example, 360Fuel's website notes that the Accused Products provide a "personalized

experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit." *See* https://www.360fuel.tech/technology/consumer. 360Fuel's Consumer page of its website further includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying said user loyalty profile that comprises customer-related data including the customer's name, the message Hey Felicity, and her photograph (highlighted in the red box, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. In the video, the customer's loyalty profile (i.e., a user profile comprised of customer-related data) is returned and

displayed on the TRON display screen, including the customer's name with the message "Hello Werlien!" (highlighted in the red box, below):




238. The Accused Products further comprise "at least one of the fueling preferences interface and the fueling interface further comprise data representative of customer loyalty reward points determined based on the user profile" as recited by claims 7 and 16 of the '996 Patent. For example, both the fueling preferences screen and the fueling progress screens on the TRON fueling dispenser's touchscreen display the customer's name, photograph, and reward balance, as shown in the embedded YouTube video on 360Fuel's Consumer page of its website, as shown below and annotated in red:




Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo




Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo

239. The Accused Products further comprise "the customer-related data further comprises data representative of a price discount for the fueling purchase determined based on the user profile" as recited in claims 8 and 17 of the '996 Patent. For example, 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals

based on purchasing habits and location" and get "Rewards on Every Purchase" whereby customers can "***[e]arn and redeem loyalty points on fuel*** and store purchase for added savings." *See* https://www.360fuel.tech/technology/consumer. 360Fuel's website further highlights as a feature of the TRON fuel dispenser:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website further notes that customers can obtain "personalized promotions" that can be used to reinforce "customer loyalty" via the customer's loyalty user profile:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer "periodic fuel rebates," "customer rewards," and "discounted products" again via a customer's rewards profile:



***See* 360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

240. Accordingly, the Accused Products directly infringe at least 1–2, 4–8, 10–11, and 13–18 of the ’996 Patent pursuant to 35 U.S.C. § 271(a) without the consent, approval, or a license from Wayne.

241. Prosperie has also directly infringed, and on information and belief, continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the ’996 Patent—including, without limitation, claims 1–2, 4–8, 10–11, and 13–18—pursuant to 35 U.S.C. § 271(a) by, without authority, using the Accused Products in the United States. For example, as recited above, Prosperie can be seen on 360Fuel’s public Instagram using the Accused Products:




*See* 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post); *see also* 360Fuel Instagram, *available at* https://www.instagram.com/reel/DJrMUyFpR9s/ (May 15, 2025 post with the caption reading, in part "Our CEO put it [*i.e.*, the TRON fuel dispenser] to the test!" and showing Prosperie using the TRON fuel dispenser); 360Fuel Instagram, *available at* https://www.instagram.com/reel/DFu4wChuUIv/ (February 6, 2025 post in which Prosperie is seen using the TRON fuel dispenser and highlights certain features including the "day time and night time mode" and multiple languages).

242. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the '996 Patent pursuant to 35 U.S.C. § 271(b) by inducing others including 360Fuel to directly infringe the '996 Patent, either literally or under the doctrine of equivalents, by using his influence as a controlling officer, director, and/or manager of 360Fuel to induce 360Fuel into making, using, selling, offering to sell, and/or importing into the United States the Accused Products. Prosperie has also taken active steps with the specific intent to cause 360Fuel to make, use, sell, offer to sell, and/or import into the United States the Accused Products in a manner that infringes one or more

claims of the ’996 Patent, including, without limitation, claims 1–2, 4–8, 10–11, and 13–18. Such steps by Prosperie have included, among other things, controlling, advising, and/or directing 360Fuel to make, use, sell, offer to sell and/or import into the United States the Accused Products in an infringing manner; and/or advertising and promoting the use of the Accused Products in an infringing manner. *See, e.g.*, 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post in which Prosperie takes users “through an automated payment transaction” on the TRON fuel dispenser and with the caption “Meet the future of fueling with Werlien Prosperie III, our CEO, as he demonstrates the TRON fuel dispenser.”). Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. Since at least the filing of this Complaint, Prosperie has actual knowledge of the ’996 Patent, of the fact that the induced acts constitute infringement, and of the fact that the normal and customary use of the Accused Products by others would infringe the ’996 Patent. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

243. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the ’996 Patent pursuant to 35 U.S.C. § 271(c) by contributing to the direct infringement of the ’996 Patent by others including 360Fuel, either literally or under the doctrine of equivalents. Prosperie, as a controlling officer, director, and/or manager of 360Fuel participates in and contributes to 360Fuel’s making, using, selling, offering to sell, and/or importing into the United States the Accused Products. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe one or more claims of the ’996 Patent, including, without limitation, claims 1–2, 4–8, 10–

11, and 13–18. The special features constitute a material part of the invention of one or more claims of the ’996 Patent, including, without limitation, claims 1–2, 4–8, 10–11, and 13–18, and are not staple articles of commerce suitable for any substantial non-infringing use. Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. At least as of the date of this Complaint, Prosperie has actual knowledge of the ’996 Patent and of the fact that 360Fuel’s making, using, selling, offering to sell and/or importing into the United States the Accused Products constitutes infringement of the ’996 Patents. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

244. Since at least the filing of this Complaint, Defendants’ continued actions in making, using, selling, offering to sell, and/or importing into the United States the Accused Products are willful, intentional, deliberate, and/or in conscious disregard of Wayne’s rights under the ’996 Patent.

245. As a result of Defendants’ infringement, Wayne is suffering irreparable harm for which it has no adequate remedy at law. Unless enjoined by this Court, Defendants’ infringement will continue and will result in further irreparable harm to Wayne.

246. Wayne is entitled to recover damages from Defendants not less than the profits lost by Wayne due to Defendants’ infringement. In the alternative, Wayne is entitled to recover damages from Defendants in an amount not less than a reasonable royalty adequate to compensate for the infringement.

**COUNT VII**
**INFRINGEMENT OF U.S. PATENT NO. 12,393,998**

247. Wayne realleges and incorporates by reference herein the allegations in each of the preceding paragraphs of this Complaint as if fully set forth herein.

248. On August 19, 2025, U.S. Patent No. 12,393,998 ("the '998 Patent") was duly and legally issued by the U.S. Patent and Trademark Office to John Joseph Morris, Scott R. Negley, III, Annika Birkler, Richard Carlsson, Patrick Jeitler, and Randal S. Kretzler, and is entitled "Intelligent Fuel Dispensers." A true and correct copy of the '998 Patent is attached as **Exhibit 7**. The '998 Patent is presumed valid pursuant to 35 U.S.C. § 282.

249. All right, title, and interest in the '998 Patent are assigned to Wayne Fueling Systems LLC.

250. 360Fuel has directly infringed and continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '998 Patent—including, without limitation, claims 1–8 and 10–19—pursuant to 35 U.S.C. § 271(a) by, without authority, making, using, selling, offering to sell, and/or importing into the United States the Accused Products.

251. For example, the Accused Products constitute "a fuel dispenser," as recited by the preamble of claim 1 of the '998 Patent. For example, the Accused Products include a fuel dispenser:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

252. The Accused Products comprise "[a]n electronics module for a fuel dispenser, comprising" as recited by claim 14 of the '998 Patent. For example, the Accused Products include a fuel dispenser that contains an electronics module, at least as illustrated below:




***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON**




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

253. The Accused Products comprise "a housing comprising fuel dispensing components disposed therein" as recited by claim 1 of the '998 Patent. For example, the TRON fuel dispenser contains a steel housing, a fuel nozzle, and other fuel dispensing components as shown in the images below:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

254. The Accused Products have "one or more display screens" as recited by claims 1 and 14 of the '998 Patent. For example, the 360Fuel website advertises that the TRON fuel dispenser has a 32" touchscreen interface as a "Feature" or "Specification" as follows:




***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Features)**

**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

255. The Accused Products comprise "a transceiver capable of establishing a communication session with a customer wireless communications device and of receiving, from the customer wireless communications device, identity data representative of identity information of a customer and verifying an identity of the customer" as recited in claims 1 and 14 of the '998 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's wireless device:




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

Moreover, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, the aforementioned "identification" and "verification" occurs as a result of the TRON transceiver with NFC protocol receiving, from the customer's wireless device, some identity data representative of identity information of a customer, for example, the customer's digital wallet.

256. The Accused Products comprise "at least one data processor operatively coupled to the one or more display screens and the transceiver programmed to: receive, from the customer wireless communications device, profile data representative of a user profile" as recited in claims 1 and 14 of the '998 Patent. For example, 360 Fuel advertises its product as "one vertically integrated AI + IOT [internet of things] Platform" and states, in its handouts, that "360Fuel is an AI- and IoT-enabled platform connecting suppliers, retailers, and customers to deliver industry-leading customer experience and operational automation end-to-end." *See* **Exhibit 10** (360Fuel NACS Handout). Moreover, 360Fuel likewise advertises that its system has a "Site Control + Wireless Site Controller III [that] connects fueling, payments, loyalty, reporting and inventory [and] Industrial Wireless Ethernet links site hardware." *Id*. The 360Fuel website also boasts a 360Fuel system platform that directly links the TRON fuel dispenser with a site controller and the 360Fuel Cloud:




***See*** **360Fuel Website, https://360fuel.net/platform/System**

In addition, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. On information and belief, the profile data received by the TRON fuel dispenser's transceiver via NFC protocol from the customer's wireless communications device is representative of a user profile.

257. The "user profile" of the Accused Products "further comprises customer-related data comprising loyalty information, a payment method and a fuel preference, wherein the loyalty information comprises a price discount for a fuel purchase or for one or more products or services for sale by a remote merchant operating at a location that differs from a location at a retail fueling facility at which the fuel dispenser is located" as recited by claims 1 and 14 of the '998 Patent. For

example, 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on purchasing habits and location," which must be based on a user profile that includes a customer's purchasing preferences. *See* https://www.360fuel.tech/technology/consumer.

What is more, 360Fuel further states on the "Consumer" page of its website that customers can "earn and redeem loyalty points on fuel and store purchases for added savings," necessarily requiring that customers have loyalty accounts that include their user data. *Id*. 360Fuel's Consumer page of its website further includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying said user loyalty profile that comprises customer-related data including the customer's name, image, and reward balance (highlighted in the red box, below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

In addition, in the same video discussed above on 360Fuel's Instagram account dated June 7, 2024, the video narrates that "automated payment transaction on the TRON fuel dispenser"

where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits," and therefore likewise confirms that 360Fuel's customer-related data includes a payment method that is programmed to complete the fuel purchase after a fueling session using the one or more payment methods. *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2. Moreover, in the video, the customer's loyalty profile (i.e., a user profile comprised of customer-related data) is returned and displayed on the TRON display screen, including the customer's name, photograph, and "Reward Balance" (highlighted in the red box, below):



Moreover, 360Fuel's website lists as a "Feature" of the Accused Products "Customer Rewards" that "[i]ncentivize repeat visits, basket of goods increases, service subscriptions, and customer loyalty through with [sic] personalized promotions and fuel cash." *See* https://360fuel.net/products/fuel-dispensers/TRON.

360Fuel repeatedly remarks on the Accused Products' customer rewards feature via a loyalty or rewards account (i.e., some of the customer-related data) in which a customer can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website likewise states that customers get "Rewards on Every Purchase" whereby customers can "[e]arn and ***redeem loyalty points*** on fuel and store purchase for added savings." *See* https://www.360fuel.tech/technology/consumer (emphasis added).

Moreover, 360Fuel's website advertises that it uses "customer recognition for payment," which, on information and belief, occurs through the customer-related data:




***See* 360Fuel Website (Newsroom), *available at* https://www.360fuel.tech/newsroom/360fuel-achieves-approval-for-first-automated-fueling-system-with-customer-recognition**

258. The Accused Products further "provide, for display by the one or more display screens, the loyalty information and the fuel preference" as recited by claims 1 and 14 of the '998 Patent. For example, 360Fuel's website states that the Accused Products feature "AI [that] tailors fueling preferences" (https://www.360fuel.tech/technology/consumer) and list in the "Specifications" of the TRON fuel dispenser "360 Technology: Patented frictionless commerce system enabling customers to automatically select fuel grade, pay, and begin fueling in less than 3 seconds." *See* https://360fuel.net/products/fuel-dispensers/TRON.

In addition, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying pre-selected fuel grade virtual buttons based on the customer's preferences (annotated in the red box below). The same display screen also shows the customer's loyalty information in the form of their name and reward balance (annotated in the blue box below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

259. The Accused Products also "control the fuel dispensing components to begin a fueling session absent an input to the one or more display screens, wherein a fuel dispensed during the fueling session is determined based on the fuel preference" as recited by claims 1 and 14 of the '998 Patent. For example, 360Fuel's website states that the Accused Products feature "AI [that] tailors fueling preferences" (https://www.360fuel.tech/technology/consumer) and list in the "Specifications" of the TRON fuel dispenser "360 Technology: Patented frictionless commerce system enabling customers to ***automatically select fuel grade, pay, and begin fueling*** in less than 3 seconds." *See* https://360fuel.net/products/fuel-dispensers/TRON. In addition, in the YouTube video embedded in 360Fuel's consumer page of the website, the viewer sees a woman approach the TRON fuel dispenser, grab the fueling nozzle, and—without any input from the user to the one or more display screens—the TRON fuel dispenser identifies her, displays a screen with her name, picture, and rewards balance, pre-selects E-85 grade fuel, and begins fueling. *See* 360Fuel Website, *available at* https://www.360fuel.tech/technology/consumer with embedded video also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo.

260. The "at least one data processor" of the Accused Products "is further programmed to: receive, from the one or more display screens or the screen of the customer wireless

communications device, selection data representative of a selection of the price discount; and modify the data representative of the fuel purchase to be paid by the customer at the fuel dispenser based on the price discount" as recited in claims 2 and 15 of the '998 Patent. For example, the 360Fuel website states that the Accused Products offer "Dynamic Promotion" wherein customers can "[u]nlock real-time discounts and exclusive deals based on purchasing habits and location" and get "Rewards on Every Purchase" whereby customers can "***[e]arn and redeem loyalty points on fuel*** and store purchase for added savings." *See* 360Fuel website, *available at* https://www.360fuel.tech/technology/consumer (emphasis added). The 360Fuel website further notes that customers can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer customer rewards, including "periodic fuel rebates" and "discounted products" as shown below:




***See* 360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

On information and belief, for a customer to apply the fuel cash or redeem loyalty points on fuel and other purchases as discussed in 360Fuel's promotional materials, the Accused Products would necessarily need to receive selection data representative of that discount and would also necessarily modify the purchase price to be paid by the customer at the fuel dispenser, for the customer to actually realize the discount applied.

261. The "at least one data processer" of the Accused Products "is further programmed to complete the fuel purchase after the fueling session using the payment method" as recited in claim 3 of the '998 Patent. For example, 360Fuel repeatedly remarks on the Accused Products' customer rewards feature via a loyalty or rewards account (i.e., some of the customer-related data) in which a customer can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

The 360Fuel website likewise states that customers get "Rewards on Every Purchase" whereby customers can "[e]arn and ***redeem loyalty points*** on fuel and store purchase for added savings." *See* https://www.360fuel.tech/technology/consumer (emphasis added).

In addition, 360Fuel repeatedly advertises its "Automated Fueling" whereby customers can "[b]egin fueling in under three seconds, minimizing wait times and improving the overall experience" based on its NFC protocol. *See* https://www.360fuel.tech/technology/consumer. 360Fuel's Instagram video dated June 7, 2024 narrates that "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared around my purchase and buying habits," and therefore likewise confirms that 360Fuel's customer-related data includes a payment method that is programmed to complete the fuel purchase after a fueling session using the one or more payment methods. *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

Moreover, 360Fuel's website advertises that it uses "customer recognition for payment," which, on information and belief, occurs through the customer-related data:




***See* 360Fuel Website (Newsroom), *available at* https://www.360fuel.tech/newsroom/360fuel-achieves-approval-for-first-automated-fueling-system-with-customer-recognition**

262. The "customer-related data" of the Accused Products "further comprises historical data characterizing past fuel purchases and at least one data processor of the fuel dispenser is programmed to determine the price discount based on the customer-related data" as recited by claims 4 and 16 of the '998 Patent. For example, 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-time discounts and exclusive deals based on ***purchasing habits*** and location." *See* https://www.360fuel.tech/technology/consumer (emphasis added).

Moreover, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's ***geared around my purchase***

***and buying habits***." *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (emphasis added). A customer's purchase and buying habits are "historical data characterizing past fuel purchases."

The 360Fuel website further notes that customers can obtain "personalized promotions" that can be used to reinforce "customer loyalty" via the customer's loyalty user profile:




***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer "periodic fuel rebates," "customer rewards," and "discounted products" again via a customer's rewards profile, thereby illustrating that the price discount is determined by the customer-related data (i.e., their loyalty rewards profile):




***See* 360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

263. The Accused Products also comprise a "fuel dispenser" or "electronics module" "wherein the at least one data processor is further programmed to modify the loyalty information

within the customer-related data responsive to completing the fuel purchase" as recited by claims 5 and 17 of the '998 Patent. For example, 360Fuel's Instagram notes that customers can obtain "rewards ***accrual*** on every type of purchase," which necessarily means that the Accused Products' at least one data processor is modifying the loyalty information to accrue the loyalty rewards:




***See* 360Fuel Instagram, https://www.instagram.com/p/DB1Er5ixBKF/**

In addition, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying the customer's loyalty information in the form of their name and reward balance (annotated in the blue box below) with a rewards balance of 23.75. On information and belief, to obtain that non-zero value, the Accused Products must have modified the customer's loyalty information to reflect their fuel purchases:




**Also *available at* [https://www.youtube.com/watch?v=vAZlzFD0ioo](https://www.youtube.com/watch?v=vAZlzFD0ioo)**

264. The "at least one data processor" of the Accused Products "is further programmed to provide, via the transceiver, information regarding the price discount to the one or more display screens or a screen of the customer wireless communications device for viewing by the customer" as recited by claims 6 and 18 of the '998 Patent. For example, 360Fuel repeatedly remarks on the Accused Products' customer rewards feature via a loyalty or rewards account (i.e., some of the customer-related data) in which a customer can obtain "fuel cash" that can be used to pay, in part, for fuel purchases:




***See* 360Fuel Website (Features), [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON)**

The 360Fuel website likewise states that customers get "Rewards on Every Purchase" whereby customers can "[e]arn and ***redeem loyalty points*** on fuel and store purchase for added savings." *See* [https://www.360fuel.tech/technology/consumer](https://www.360fuel.tech/technology/consumer) (emphasis added).

In addition, 360Fuel's Instagram post dated November 1, 2024 notes that its Accused Products offer "periodic fuel rebates" and "subsidized product pricing":




***See* 360Fuel Instagram *available at* https://www.instagram.com/p/DB1Er5ixBKF/**

In order for the customer to know that they are redeeming their fuel cash and/or loyalty rewards points discount, the Accused Products would need to display information regarding the price discount on the display screen.

265. The Accused Products also comprise a "fuel dispenser" or "electronics module" "wherein the customer wireless communications device is a vehicle or a mobile device" as recited in claims 7 and 19 of the '998 Patent. For example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See*** **[http://youtube.com/watch?v=-VUhlXynCNI](http://youtube.com/watch?v=-VUhlXynCNI) (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, [https://360fuel.net/products/fuel-dispensers/TRON](https://360fuel.net/products/fuel-dispensers/TRON) (Specifications)**

266. The "fuel dispenser" of the Accused Products additionally comprises "customer-related data [that] includes data representative of past purchasing habits in one or more fueling facility stores" as recited by claim 8 of the '998 Patent. For example, a video on 360Fuel's Instagram account dated June 7, 2024 narrates, "automated payment transaction on the TRON fuel dispenser" where "users -- they're able to walk up to the fuel dispenser and begin fueling in 3 seconds. And so as you saw, as I walked up to the fuel dispenser, it identified me and now I'm getting tailored content that's geared ***around my purchase and buying habits.***" *See* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2.

In addition, 360Fuel's website notes that the Accused Products provide a "personalized experience" wherein "AI tailors fueling preferences, promotions, and recommendations for a seamless, customized visit," as well as "Dynamic Promotion" wherein customers can "unlock real-

time discounts and exclusive deals ***based on purchasing habits*** and location." *See* https://www.360fuel.tech/technology/consumer (emphasis added).

267. The Accused Products further comprise a "fuel dispenser" "wherein the one or more display screens is further configured to display a personalized greeting based on the user profile" as recited by claim 10 of the '998 Patent. For example, 360Fuel's Consumer page of its website includes an embedded YouTube video that shows its TRON dispenser touchscreen displaying a personalized greeting to the customer, here, "Hey Felicity" based on the customer's user profile (annotated in the blue box below):




**Also *available at* https://www.youtube.com/watch?v=vAZlzFD0ioo**

268. The Accused Products comprise a "fuel dispenser wherein a brightness of the one or more display screens is configured to switch between at least a first brightness level and a second brightness level wherein the second brightness level is brighter than the first brightness level" as recited by claim 11 of the '998 Patent. For example, 360Fuel boasts that the TRON fuel dispenser has a touch screen interface that has light and dark mode that automatically adjusts by the time of day as well as by brightness:

**32" Touchscreen Interface**

Easy to use touchscreen interface for frictionless transaction flows, enhanced user experience, product/service ordering, and customization.

**High-Bright Display**

2,000 nits high-bright display ensures maximum daylight readability in direct sunlight, automatically adjusts by time of day and ambient

**Light/Dark Mode**

Automatic switching between light and dark mode by time of day and weather condition, mode fully customizable by customer preference.

***See* 360Fuel Website (Features), https://360fuel.net/products/fuel-dispensers/TRON**

**CUSTOMER INTERFACE:** 32" Touchscreen High-Bright 2,000 nit display, automatically adjusts day and night time mode by time of day and brightness by ambient light condition.

***See* 360Fuel Website (Specifications), https://360fuel.net/products/fuel-dispensers/TRON**

269. The Accused Products further include a "fuel dispenser" that "further compris[e] a security camera configured to capture one or more images or videos during the communication session" as recited by claim 12 of the '998 Patent. For example, For example, the 360Fuel website notes that the Accused Products "deliver[] enhanced security" including through "[s]ecurity cameras [that] are added to each point of purchase, including in-dispenser cameras:"

Security

360Fuel's platform delivers enhanced security throughout the entire fueling site and through all enhanced operations. Security cameras are added to each point of purchase including in-dispenser cameras at each fueling position linked to every transaction.

360Fuel's enhanced security features include:

- Site Firewall
- Security Cameras
- Multiple Encryption
- VLAN Segmentation
- Cloud Security

***See* 360Fuel Website, https://360fuel.net/services/retailer/Security**

**Forecourt Security**

TRON's vision system adds eight (8) high-resolution viewing angles each island placement with recorded transaction security, fraud prevention, and vandal detection AI.

***See* 360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Features)**

270. The "transceiver" of the Accused Products "communicates via at least one of a Bluetooth protocol, a near field communication protocol, a cellular protocol, a WiFi protocol, and a radio frequency identification (RFID) protocol" as recited by claim 13 of the '998 Patent. For

example, the TRON fuel dispenser features a near field communication protocol (NFC) contactless payment capability that interacts with and receives data from a customer's mobile phone:




***See*** **http://youtube.com/watch?v=-VUhlXynCNI (image taken at 0:01)**

**PAYMENT SYSTEM:** SS-EMV includes EMV/PCI Compliant EPP, Hybrid Chip Card Reader, NFC Contactless Payment, and 360 payment sensors and cloud connection.

***See*** **360Fuel Website, https://360fuel.net/products/fuel-dispensers/TRON (Specifications)**

271. Accordingly, the Accused Products directly infringe at least claims 1–8 and 10–19 of the '998 Patent pursuant to 35 U.S.C. § 271(a) without the consent, approval, or a license from Wayne.

272. Prosperie has also directly infringed, and on information and belief, continues to directly infringe, either literally or under the doctrine of equivalents, one or more claims of the '998 Patent—including, without limitation, claims 1–8 and 10–19—pursuant to 35 U.S.C. § 271(a) by, without authority, using the Accused Products in the United States. For example, as recited above, Prosperie can be seen on 360Fuel's public Instagram using the Accused Products:




*See* 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post); *see also* 360Fuel Instagram, *available at* https://www.instagram.com/reel/DJrMUyFpR9s/ (May 15, 2025 post with the caption reading, in part "Our CEO put it [*i.e.*, the TRON fuel dispenser] to the test!" and showing Prosperie using the TRON fuel dispenser); 360Fuel Instagram, *available at* https://www.instagram.com/reel/DFu4wChuUIv/ (February 6, 2025 post in which Prosperie is seen using the TRON fuel dispenser and highlights certain features including the "day time and night time mode" and multiple languages).

273. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the '998 Patent pursuant to 35 U.S.C. § 271(b) by inducing others including 360Fuel to directly infringe the '998 Patent, either literally or under the doctrine of equivalents, by using his influence as a controlling officer, director, and/or manager of 360Fuel to induce 360Fuel into making, using, selling, offering to sell, and/or importing into the United States the Accused Products. Prosperie has also taken active steps with the specific intent to cause 360Fuel to make, use, sell, offer to sell, and/or import into the United States the Accused Products in a manner that infringes one or more

claims of the ’998 Patent, including, without limitation, claims 1–8 and 10–19. Such steps by Prosperie have included, among other things, controlling, advising, and/or directing 360Fuel to make, use, sell, offer to sell and/or import into the United States the Accused Products in an infringing manner; and/or advertising and promoting the use of the Accused Products in an infringing manner. *See, e.g.*, 360Fuel Instagram, *available at* https://www.instagram.com/reel/C7690pKOY-w/?xtok-dW1meXJodTczNzM2 (June 7, 2024 post in which Prosperie takes users “through an automated payment transaction” on the TRON fuel dispenser and with the caption “Meet the future of fueling with Werlien Prosperie III, our CEO, as he demonstrates the TRON fuel dispenser.”). Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. Since at least the filing of this Complaint, Prosperie has actual knowledge of the ’998 Patent, of the fact that the induced acts constitute infringement, and of the fact that the normal and customary use of the Accused Products by others would infringe the ’998 Patent. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

274. Moreover, Prosperie has indirectly infringed and continues to indirectly infringe the ’998 Patent pursuant to 35 U.S.C. § 271(c) by contributing to the direct infringement of the ’998 Patent by others including 360Fuel, either literally or under the doctrine of equivalents. Prosperie, as a controlling officer, director, and/or manager of 360Fuel participates in and contributes to 360Fuel’s making, using, selling, offering to sell, and/or importing into the United States the Accused Products. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe one or more claims of the ’998 Patent, including, without limitation, claims 1–8 and 10–

19. The special features constitute a material part of the invention of one or more claims of the ’998 Patent, including, without limitation, claims 1–8 and 10–19, and are not staple articles of commerce suitable for any substantial non-infringing use. Prosperie’s actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known to Prosperie. At least as of the date of this Complaint, Prosperie has actual knowledge of the ’998 Patent and of the fact that 360Fuel’s making, using, selling, offering to sell and/or importing into the United States the Accused Products constitutes infringement of the ’998 Patents. Despite this knowledge, upon information and belief, neither Prosperie nor 360Fuel have made or will make any changes to the Accused Products that would avoid infringement.

275. Since at least the filing of this Complaint, Defendants’ continued actions in making, using, selling, offering to sell, and/or importing into the United States the Accused Products are willful, intentional, deliberate, and/or in conscious disregard of Wayne’s rights under the ’998 Patent.

276. As a result of Defendants’ infringement, Wayne is suffering irreparable harm for which it has no adequate remedy at law. Unless enjoined by this Court, Defendants’ infringement will continue and will result in further irreparable harm to Wayne.

277. Wayne is entitled to recover damages from Defendants not less than the profits lost by Wayne due to Defendants’ infringement. In the alternative, Wayne is entitled to recover damages from Defendants in an amount not less than a reasonable royalty adequate to compensate for the infringement.

## DEMAND FOR JURY TRIAL

Wayne hereby demands a trial by jury on all claims and issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Wayne respectfully prays for judgment and requests the following relief against Defendants:

A. A judgment that Defendants have infringed and continue to infringe one or more claims of the ’116 Patent, the ’630 Patent, the ’195 Patent, the ’557 Patent, the ’842 Patent, the ’996 Patent, and the ’998 Patent pursuant to 35 U.S.C. § 271(a);

B. A judgment that Prosperie has induced and/or contributed to the infringement by others including 360Fuel, and continues to induce and/or contribute to the infringement by others including 360Fuel, of one or more claims of the ’116 Patent, the ’630 Patent, the ’195 Patent, the ’557 Patent, the ’842 Patent, the ’996 Patent, and the ’998 Patent pursuant to 35 U.S.C. §§ 271(b) and/or (c);

C. A judgment that Defendants’ infringement has been willful;

D. An award of all damages sustained by Wayne as a result of Defendants’ acts of infringement, including damages for any continuing post-verdict infringement up until entry of final judgment with an accounting as needed;

E. A Court Order permanently enjoining and restraining Defendants, its directors, members, officers, agents, servants, employees, parents, subsidiaries, affiliates, transferees, successors-in-interest, assigns, and all persons in active concert or participation with, through, or under Defendants, from infringing one or more claims of the Asserted Patents and from making, using, offering to sell, selling, or importing into the United States the Accused Products;

F. A judgment and award of enhanced damages pursuant to 35 U.S.C. § 284;

G. An award of costs and reasonable attorneys' fees, pursuant to 35 U.S.C. § 285, or as otherwise permitted by law, incurred by Wayne in connection with this action;

H. Pre-judgment and post-judgment interest on the above damages awards; and

I. An award of such other and further relief as this Court deems just and proper.

Dated: November 13, 2026

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Corinne S. Hockman*
Corinne S. Hockman
Texas Bar No. 24102541
SDTX Federal No. 3019917
845 Texas Avenue, Suite 2400
Houston, Texas 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9562
chockman@mcguirewoods.com

David E. Finkelson (*pro hac vice* forthcoming)
888 16th Street NW, Suite 500
Washington, D.C. 20006
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
dfinkelson@mcguirewoods.com

*Attorneys for Plaintiff Wayne Fueling Systems LLC*