# EXHIBIT 8

| | |
|---|---|
| Document title: | (14) 360Fuel: About \| LinkedIn |
| Capture URL: | https://www.linkedin.com/company/360fuel/about/ |
| Page loaded at (UTC): | Fri, 16 Oct 2026 14:13:46 GMT |
| Capture timestamp (UTC): | Fri, 16 Oct 2026 14:13:48 GMT |
| Capture tool: | 11.9.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 3 |
| Capture ID: | nYx1XrLEkSqZVcTF7zKNJH |
| Display Name: | glee |

I'm looking for...
Messaging
For Business
Try Premium for $0



# 360Fuel

360Fuel is a Future-of-Fueling (FoF) company transforming fueling sites into retail automated renewable energy hubs.

Technology, Information and Media · Houston, Texas · 2K followers · 11-50 employees

+ Follow | Message | Learn more

Home | About | Posts | Jobs | People

## Overview

360Fuel is a Future-of-Fueling (FoF) company delivering renewable energy transformation and retail automation at fueling sites and c-stores.

360Fuel transforms outdated fueling sites into cutting edge renewable energy hubs through patented microgrid, artificial intelligence (AI), and internet of things (IoT) technology.

**Website**
http://www.360fuel.tech

**Verified page**
June 8, 2026

**Industry**
Technology, Information and Media

**Company size**
11-50 employees
23 associated members

**Headquarters**
Houston, Texas

**Founded**
2017

## Locations (1)

Primary
4201 Main St, Houston, Texas 77002, US
Get directions




## Pages people also viewed

**non sibi ventures**
Venture Capital and Private Equity Principals
858 followers
+ Follow

**Course Investments**
Venture Capital and Private Equity Principals
26 followers
+ Follow

**Gas Pump TV**
Advertising Services
166 followers
+ Follow

Show all →

## People also follow

**HEART/NSTA Trust**
Education Administration Programs
33,160 followers
+ Follow

**Ellen Johnson Sirleaf Presidential Center for Women and Development (EJS Center)**
Civic and Social Organizations
29,232 followers
+ Follow

**Self Employed**
Education
2,109,580 followers
+ Follow

Show all →

Messaging

I'm looking for...

For Business

Try Premium for $0

360Fuel

Learn more | Message | + Follow

Home | About | Posts | Jobs | People

automation at fueling sites and c-stores.

360Fuel transforms outdated fueling sites into cutting edge renewable energy hubs through patented microgrid, artificial intelligence (AI), and internet of things (IoT) technology.

**Website**
http://www.360fuel.tech

**Verified page**
June 8, 2026

**Industry**
Technology, Information and Media

**Company size**
11-50 employees
23 associated members

**Headquarters**
Houston, Texas

**Founded**
2017

## Locations (1)

Primary
4201 Main St, Houston, Texas 77002, US

Get directions




## People also follow

**HEART/NSTA Trust**
Education Administration Programs
33,160 followers
+ Follow

**Ellen Johnson Sirleaf Presidential Center for Women and Development (EJS Center)**
Civic and Social Organizations
29,232 followers
+ Follow

**Self Employed**
Education
2,109,580 followers
+ Follow

Show all →

About | Accessibility | Talent Solutions
Professional Community Policies | Careers | Marketing Solutions
Privacy & Terms | Ad Choices | Advertising
Sales Solutions | Mobile | Small Business
Safety Center

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging