# EXHIBIT 9

PageVault

| | |
|---|---|
| Document title: | Werlien Prosperie III \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/wpiii/ |
| Page loaded at (UTC): | Wed, 04 Nov 2026 16:06:46 GMT |
| Capture timestamp (UTC): | Wed, 04 Nov 2026 16:06:49 GMT |
| Capture tool: | 11.12.10 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 4 |
| Capture ID: | 9V4aiDc27fg48ikWanD8y4 |
| Display Name: | glee |

I'm looking for... Home My Network Jobs Messaging Notifications Me For Business Try Premium for $0



## Werlien Prosperie III

CEO at 360Fuel

Houston, Texas, United States · Contact info

3,102 followers

Follow Message ···

360Fuel

The Wharton School

### About

Werlien is the CEO and Founder of 360Fuel, a groundbreaking Future-of-Fueling (FoF) company revolutionizing the fueling and convenience store industry through retail automation, renewable energy standardization, and supply chain optimization.

360Fuel seamlessly integrates patented AI, IoT, and microgrid technologies to transform traditional fueling sites into state-of-the-art retail centers and renewable energy hubs. 360Fuel creates an intelligent supply chain ecosystem that drives efficiency, sustainability, and enhanced customer experiences.

### Featured

Reshared by Werlien Prosperie III

360Fuel is the first company to obtain regulatory-approval on an automated fueling system utilizing customer recognition technology.

Simply grab the pump handle & automatically begin fueling in less than 3 seconds.

#360Fuel #ArtificialIntelligence #AI #InternetofThings #IoT

34 · 2 comments

Link



360Fuel on LinkedIn: 360Fuel: INCEPTION

https://www.linkedin.com/feed/update/urn:li:activity:6860920498205945856

Do you ever watch TV 📺 while fueling ⛽ your car 🚗? We invented Gas Pump TV over a decade ago.

So what's next....... 🚀

...

### Activity

3,102 followers

Follow

Posts Comments Images

Werlien Prosperie III • 3rd+
CEO at 360Fuel
3w •

17+ years of building toward this. It's been fun executing IoT and AI before it was cool.... more

360Fuel
Learn more
3w •

We're here at NACS Show 2026 in Las Vegas! Come see 360Fuel at Booth C6064 and discover how our AI + IoT platform replaces 21+ legacy... more

Werlien Prosperie III • 3rd+
CEO at 360Fuel
1mo • Edited •

Looking forward to speaking at the Cameron School of Business - University of St. Thomas (TX) tomorrow for StartupMAX.... more

Cameron School of Business - ...
1mo •

🚀 Join Us for StartupMAX with Werlien Prosperie III... more

### More profiles for you

Joshua Henry · 3rd+
Backend Engineer building reliable real-time systems | WebSockets, APIs, ...
Connect

Abbey Huang · 3rd+
SVP of Supply Chain at 360Fuel
Connect

Shyam (Shy) Desai · 3rd+
3x Founder | AI/MarTech Engineer | AlumKnight | Golfer
Follow

Rob E. · 3rd+
CEO, Board Member and Technology Investor
Follow

Ben Cowart · 3rd+
CEO/Founder
Connect

Show all →

### Explore Premium profiles

Lisa Moses · 3rd+
--
Connect

Sue Keine · 3rd+
Independent Associate LegalShield/ Owner CPR4Michigan/ Registered ...
Connect

Samantha Innes · 3rd+
--
Connect

Isaiah Weil · 3rd+
Aspiring military officer by day, investor by night
Connect

### People you may know

From Werlien's industry

Deepak Napit · 3rd+
--
Connect

Naveen Reddy · 3rd+
Data Center Technician 4+ Years Experience | Fiber Splicing amp; ...
Connect

Prem
Datace

Messaging

in I'm looking for... Home My Network Jobs Messaging Notifications Me For Business Try Premium for $0

Werlien Prosperie III
CEO at 360Fuel

••• Message + Follow

3w •

We're here at NACS Show 2026 in Las Vegas! Come see 360Fuel at Booth C6064 and discover how our AI + IoT platform replaces 21+ legacy... more



14 3

1mo •

🚀 Join Us for StartupMAX with Werlien Prosperie III!... more



19

Show all →

## Experience

**CEO**
360Fuel
Jul 2017 - Present · 9 yrs 5 mos

Werlien is the CEO and Lead Architect of 360Fuel, a Future-of-Fueling (FoF) company transforming fueling sites and c-stores into automated retail centers and renewable energy hubs.

**Chairman**
360 Corp.
2014 – Present

Werlien is the CEO of 360 Corp, a vertically integrated Artificial Intelligence (AI) and Internet of Things (IoT) company, focused on advancing connected experiences in the physical world through cyber-physical interaction.

**Founder**
Gas Pump TV
Dec 2009 - Present · 17 yrs
Houma-Thibodaux Area

Werlien is the founder of Gas Pump TV, the nations largest interactive fuel media network.

**Founder**
Diamond Advertising
Nov 2009 - Jul 2017 · 7 yrs 9 mos
Houma-Thibodaux Area

Founder of Diamond Advertising, a full service marketing, advertising, and technology firm.

## Education

**The Wharton School**
Entrpreneurship
2019 – 2019

**Leadership Louisiana**
2016 – 2016

Show all 4 educations →

## Volunteering

**Chairman**
WPIII Foundation
2015 – Present

The WPIII Foundation was created to help forward initiatives focused on entrepreneurship, technology, athletics,

Prem T 3rd+
Datacenter Technician at US Signal
Connect

Sham Ahmed · 3rd+
VoIP Technical Consultant | Routing & Switching Expert | Information Securi...
Connect

Praneeth Emmadishetty
3rd+
Data Center Technician | Data Center Operations | Network Infrastructure |...
Connect

Show all →

You might like
Pages for you

Velocity FBO Network
Airlines and Aviation
1,524 followers
+ Follow

AI Governance Collective
Artificial Intelligence
1,458 followers
+ Follow

Show all →

Messaging

I'm looking for... Messaging Notifications For Business Try Premium for $0

Werlien Prosperie III
CEO at 360Fuel

Message  + Follow

## Volunteering

**Chairman**
WPIII Foundation
2015 – Present

The WPIII Foundation was created to help forward initiatives focused on entrepreneurship, technology, athletics, culture, the wetlands and community.

## Skills (31)

**Leadership**

Endorsed by Rev. Huey Jones Jr and 1 other who is highly skilled at this

Endorsed by 1 person in the last 6 months

66 endorsements

**Strategic Planning**

Endorsed by 1 person in the last 6 months

47 endorsements

Show all →

## Languages (3)

**English**
Native or bilingual proficiency

**Manderin**

Show all 3 languages →

## Interests

Companies Groups Newsletters Schools

**Zero Infinity Partners**
5,201 followers
+ Follow

**Cameron School of Business - University of St. Thomas (TX)**
1,007 followers
+ Follow

Show all →

About Accessibility Talent Solutions
Community Guidelines Careers Marketing Solutions
Privacy & Terms Ad Choices Advertising
Sales Solutions Mobile Small Business
Safety Center

Questions?
Visit our Help Center.
Manage your account and privacy
Go to your Settings.
Recommendation transparency
Learn more about Recommended Content.

Select language
English (English)

LinkedIn Corporation © 2026

Messaging