# EXHIBIT 10

360FUEL

THE CONNECTED PLATFORM

# THE TECHNOLOGY BEHIND EVERY VISIT.




### TRON + TRON RETROFIT

Fueling, integrated payments, interactive media, promotions and site intelligence.



### RETAILER CONSOLE

Manage forecourt operations, inventory and promotions, with a customer-facing display.




### SITE CONTROL + WIRELESS

Site Controller III connects fueling, payments, loyalty, reporting and inventory. Industrial Wireless Ethernet links site hardware.




### RETAIL OPTIMIZATION DASHBOARD

Review gallons, revenue, in-store sales and margin. Automate pricing, rebates and loyalty with market context. Use AI-powered recommendations to inform decisions with your team.

### SUPPLY CHAIN AUTOMATION

AI-enabled demand forecasting and shared site data connect inventory, orders, fulfillment and deliveries across fuel and c-store merchandise.

Product screens and campaign visuals show example data.



**QUANTUM**



**APOLLO**




**AURORA**

Site imaging, infrastructure and operations.

**SITE-TO-CLOUD CONNECTIVITY + 24/7 REMOTE SUPPORT**

**LET'S CONNECT THE FULL 360.**

360fuel.tech

HARDWARE. SOFTWARE. AI.

360FUEL

COMPANY OVERVIEW

ONE VERTICALLY INTEGRATED AI + IOT PLATFORM

# MAKE MORE.
# WORK LESS.

360Fuel is an AI- and IoT-enabled platform connecting suppliers, retailers and customers to deliver industry-leading customer experience and operational automation end-to-end.

REPLACING 21+ LEGACY SYSTEMS

Customer experience. Retail operations. Supply chain.




SUPPLIERS

FUEL SITE + C-STORE

DISTRIBUTION

## EVERY VISIT. CONNECTED.

The same product. The same offer. Across mobile, the forecourt and in-store.
Connect payments, promotions and rewards from discovery to the next purchase.

ARRIVAL

MOBILE OR PUMP

IN-STORE



PRICE ID



MOBILE



TRON



RETAILER CONSOLE



TRANSACTRON

360fuel.tech

HARDWARE. SOFTWARE. AI.

360FUEL

TECHNOLOGY + REFERRAL PARTNERSHIPS

TECHNOLOGY PARTNERSHIP

# YOUR BRAND, OUR TECH.

**WHITE-LABEL BRAND PARTNER**

Keep your identity and dealer relationships. 360Fuel can be the technology system behind your network, with access to capital and co-investment opportunities to enable more sites under your brand.

MOBILE / FORECOURT / IN-STORE / SITE CONTROL



**ONE PLATFORM. REPLACING 21+ LEGACY SYSTEMS.**

A vertically integrated AI- and IoT-enabled platform connects customer experience, retail operations and supply chain. Supply chain automation connects inventory, orders, fulfillment and delivery workflows with AI-enabled demand forecasting and shared site data.

SITE-TO-CLOUD / END-TO-END AUTOMATION / 24/7 REMOTE SUPPORT

---

REFERRAL PARTNER

# REFER RETAIL PARTNERS.

For independent retailers, sites being debranded and locations you serve through spot supply.

**UPFRONT CASH INCENTIVE**

For the referring company or salesperson.

**ONGOING REVENUE SHARE**

Recurring revenue share for the life of the referred site.

Refer the retail partner and location. Confirm the fit and partner terms. Agree the program and site plan.

**LET'S GROW YOUR NETWORK.**

Talk with the 360Fuel team about the program that fits your next site.

360FUEL

JOBBER / MARKETER PROGRAM

THREE WAYS TO GROW TOGETHER

# YOUR NETWORK. MORE OPPORTUNITY.

Choose the partnership that fits your business, backed by access to fuel and capital, connected infrastructure and end-to-end automation.




SUPPLIERS

FUEL SITE + C-STORE

DISTRIBUTION

GROWTH NETWORK PARTNER

# GROW WITH 360FUEL.

Expand your dealer network with 360Fuel connected technology, an image package, or both. We bring supply relationships and capital opportunities into the site plan.



QUANTUM



APOLLO



AURORA

Incentive recipients, revenue-share terms, capital access and co-investment are defined in the partner agreement.

360FUEL

INDEPENDENT RETAILER PROGRAM

YOUR SITE. YOUR NEXT STAGE.

# MAKE MORE. WORK LESS.

More sales. Stronger margins. More time for your business.

Site image, infrastructure and retail optimization. One vertically integrated AI- and IoT-enabled platform replacing 21+ legacy systems across customer experience, retail operations and supply chain.




### GROW YOUR SALES

Give customers more reasons to choose your site, buy in-store and return. Connect offers, payments and rewards across mobile, the forecourt and in-store.

### SAVE MONEY + TIME

Review sales, pricing, rebates and loyalty in the Retail Optimization Dashboard. Use AI-powered recommendations to focus your team on operating costs and margin.

### END-TO-END AUTOMATION

Connect inventory, orders, fulfillment and delivery workflows through supply chain automation, from the customer visit to the supplier, with end-to-end 24/7 remote support.

**360fuel.tech**

HARDWARE. SOFTWARE. AI.

360FUEL

WE INVEST + IMAGE / IAAS

# TWO WAYS TO UPGRADE YOUR SITE.

## WE INVEST + IMAGE

360Fuel investment and a 360Fuel site image, with infrastructure and retail optimization in an approved upgrade.

**$0 UPFRONT**

**EQUIPMENT CAPEX**

For qualifying sites and approved equipment scope. Investment and rebate economics are confirmed in the site review and agreement.

The site joins the 360Fuel network, Marketplace and retail optimization program. Site economics and required approvals must support the investment.

**NEXT STEP**

Complete the approved site application, name the location and book its economics review.

## IAAS

**INFRASTRUCTURE AS A SERVICE**

Keep your agreed fuel buying and pricing relationships while using 360Fuel technology through IaaS.





Product screen shown with example data.

**NO EQUIPMENT PURCHASE**

Agreed IaaS and service charges apply.

**NEXT STEP**

Request an approved quote and technical review covering scope and recurring charges.

Quantum / Apollo / Aurora site-imaging options. Final scope is site-specific.

**REWARDS AS A STANDARD + 24/7 REMOTE SUPPORT**

Rewards are standard across mobile, the forecourt and in-store.

**APPLY FOR A CASH INCENTIVE TODAY.**

Upgrade your site, infrastructure and image.
Scan to start your site review.